1  XAVIER BECERRA
   Attorney General of California
2  SUSAN M. CARSON
   Supervising Deputy Attorney General
3  NIMROD P. ELIAS
   Deputy Attorney General
4  State Bar No. 251634
    455 Golden Gate Avenue, Suite 11000
5   San Francisco, CA  94102-7004
    Telephone:  (415) 703-5841
6   Fax:  (415) 703-5480
    E-mail:  Nimrod.Elias@doj.ca.gov
7  *Attorneys for Plaintiff the State of California*

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO/ OAKLAND DIVISION

| | |
|---|---|
| **THE STATE OF CALIFORNIA; THE STATE OF CONNECTICUT; THE STATE OF DELAWARE; THE DISTRICT OF COLUMBIA; THE STATE OF ILLINOIS; THE STATE OF IOWA; THE COMMONWEALTH OF KENTUCKY; THE STATE OF MARYLAND; THE COMMONWEALTH OF MASSACHUSETTS; THE STATE OF MINNESOTA; THE STATE OF NEW MEXICO; THE STATE OF NEW YORK; THE STATE OF NORTH CAROLINA; THE STATE OF OREGON; THE COMMONWEALTH OF PENNSYLVANIA; THE STATE OF RHODE ISLAND; THE STATE OF VERMONT; THE COMMONWEALTH OF VIRGINIA; and THE STATE OF WASHINGTON,**<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>**DONALD J. TRUMP, President of the United States; ERIC D. HARGAN, Acting Secretary of the United States Department of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; STEVEN T. MNUCHIN, Secretary of the United States Department of the Treasury; UNITED STATES DEPARTMENT OF THE TREASURY; and DOES 1-20,**<br><br>　　　　　　　　　　　　Defendants. | 3:17-cv-05895-KAW<br><br>**NOTICE OF APPEARANCE OF NIMROD P. ELIAS FOR PLAINTIFF THE STATE OF CALIFORNIA** |

1

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE that Deputy Attorney General Nimrod P. Elias hereby enters an

3  appearance in the above-captioned matter as co-counsel on behalf of Plaintiff the State of

4  California.

5  Dated: October 17, 2017                    Respectfully submitted,

6                                             XAVIER BECERRA
                                              Attorney General of California
7                                             SUSAN M. CARSON
                                              Supervising Deputy Attorney General
8

9
                                              **/s/ Nimrod P. Elias**
10
                                              NIMROD P. ELIAS
11                                            Deputy Attorney General
                                              *Attorneys for Plaintiff*
12

13  SF2017401709
    41864228.docx