| | |
|---|---|
| 1 | XAVIER BECERRA<br>Attorney General of California |
| 2 | JULIE WENG-GUTIERREZ<br>Senior Assistant Attorney General |
| 3 | GREGORY D. BROWN, SBN 219209<br>NIMROD P. ELIAS, SBN 251634 |
| 4 | Deputy Attorneys General |
| 5 | 455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA  94102-7004 |
| 6 | Telephone:  (415) 703-5461<br>Fax:  (415) 703-5480 |
| 7 | E-mail:  Gregory.Brown@doj.ca.gov<br>*Attorneys for Plaintiff the State of California*<br>*[Additional counsel listed in signature block]* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE STATE OF CALIFORNIA; THE STATE OF CONNECTICUT; THE STATE OF DELAWARE; THE DISTRICT OF COLUMBIA; THE STATE OF ILLINOIS; THE STATE OF IOWA; THE COMMONWEALTH OF KENTUCKY; THE STATE OF MARYLAND; THE COMMONWEALTH OF MASSACHUSETTS; THE STATE OF MINNESOTA; THE STATE OF NEW MEXICO; THE STATE OF NEW YORK; THE STATE OF NORTH CAROLINA; THE STATE OF OREGON; THE COMMONWEALTH OF PENNSYLVANIA; THE STATE OF RHODE ISLAND; THE STATE OF VERMONT; THE COMMONWEALTH OF VIRGINIA; and THE STATE OF WASHINGTON,**<br><br>                           Plaintiffs,<br><br>         v.<br><br>**DONALD J. TRUMP, President of the United States; ERIC D. HARGAN, Acting Secretary of the United States Department of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; STEVEN T. MNUCHIN, Secretary of the United States Department of the Treasury; UNITED STATES DEPARTMENT OF THE TREASURY; and DOES 1-20,**<br><br>                           Defendants. | Case No. 4:17-cv-05895-KAW<br><br>**PLAINTIFFS' EX PARTE MOTION FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE**<br><br>**<u>RELIEF REQUESTED BY 4:00 P.M. THURSDAY, OCTOBER 19, 2017</u>** |

1

**EX PARTE MOTION FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE**

PLEASE TAKE NOTICE that Plaintiffs the State of California; the State of Connecticut; the State of Delaware; the District of Columbia; the State of Illinois; the State of Iowa; the Commonwealth of Kentucky; the State of Maryland; the Commonwealth of Massachusetts; the State of Minnesota; the State of New Mexico; the State of New York; the State of North Carolina; the State of Oregon; the Commonwealth of Pennsylvania; the State of Rhode Island; the State of Vermont; the Commonwealth of Virginia; and the State of Washington (collectively, the States) hereby move the Court pursuant to Federal Rule of Civil Procedure 65 for a temporary restraining order (TRO) and order to show cause why a preliminary injunction should not issue against Defendants Donald J. Trump, President of the United States; Eric D. Hargan, Acting Secretary of the United States Department of Health and Human Services; the United States Department of Health and Human Services; Steven T. Mnuchin, Secretary of the United States Department of the Treasury; and the United States Department of the Treasury, and their officers, agents, servants, employees, attorneys, and any other persons who are in active concert or participation with them.

The Plaintiff States respectfully move the Court to enter a nationwide temporary restraining order and preliminary injunction requiring the Defendants to continue making the cost-sharing reduction payments required by the Patient Protection and Affordable Care Act (ACA) pending judicial resolution of this action.  This motion is based on this Ex Parte Motion, the accompanying Complaint for Declaratory and Injunctive Relief, the accompanying Memorandum of Points and Authorities, the accompanying proposed Temporary Restraining Order, the accompanying supporting declarations, as well as the papers, evidence, and records on file in this action, and any other written or oral evidence or argument presented at or before the time this motion is heard by the Court.

As set forth in accompanying Memorandum of Points and Authorities, a TRO is necessary by **4:00 p.m. on October 19, 2017** to prevent immediate and irreparable harm to the Plaintiff States and the millions of Americans who benefit from affordable health care coverage under the

ACA.  An essential component of the ACA requires the federal government to make periodic and timely payments to insurance providers to reimburse them for cost-sharing reductions (CSRs) that are provided to insured individuals.  The next installment of CSR reimbursement payments is scheduled to be paid on October 20, 2017.  However, on October 12, 2017, the Trump Administration abruptly announced that it would no longer make CSR payments.  Accordingly, the Plaintiff States seek a TRO and preliminary injunction to preserve the status quo and require Defendants to continue making the CSR reimbursement payments required by the ACA pending judicial resolution of this action.

Notice of this Ex Parte Motion has been and will be provided to Defendants as set forth in the accompanying Certificate Regarding Notice to Defendants of Ex Parte Motion.

Dated:  October 18, 2017

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
JULIE WENG-GUTIERREZ
Senior Assistant Attorney General

*/s/ Gregory D. Brown*
*/s/ Nimrod P. Elias*

GREGORY D. BROWN
NIMROD P. ELIAS
Deputy Attorneys General
*Attorneys for Plaintiff the State of California*

GEORGE JEPSEN
Attorney General of Connecticut
JOSEPH R. RUBIN
Associate Attorney General
ROBERT W. CLARK
Special Counsel to the Attorney General
*Attorneys for Plaintiff the State of Connecticut*

MATTHEW P. DENN
Attorney General of Delaware
AARON R. GOLDSTEIN
State Solicitor
SARAH FISHMAN GONCHER
JOHN H. TAYLOR
Deputy Attorneys General
*Attorneys for Plaintiff the State of Delaware*

KARL A. RACINE
Attorney General for the District of Columbia
ROBYN R. BENDER
Deputy Attorney General
*Attorneys for Plaintiff the District of Columbia*

LISA MADIGAN
Attorney General of Illinois
DAVID F. BUYSSE
Deputy Chief, Public Interest Division
*Attorneys for Plaintiff the State of Illinois*

THOMAS J. MILLER
Attorney General of Iowa
NATHAN BLAKE
Deputy Attorney General
*Attorneys for Plaintiff the State of Iowa*

ANDY BESHEAR
Attorney General
Commonwealth of Kentucky
LA TASHA BUCKNER
Executive Director
Office of Civil and Environmental Law
S. TRAVIS MAYO
TAYLOR PAYNE
Assistant Attorneys General
*Attorneys for Plaintiff the Commonwealth of Kentucky*

BRIAN E. FROSH
Attorney General of Maryland
STEVEN M. SULLIVAN
Solicitor General
*Attorneys for Plaintiff the State of Maryland*

MAURA HEALEY
Attorney General of Massachusetts
ERIC GOLD
Assistant Attorney General
*Attorneys for Plaintiff the Commonwealth of Massachusetts*

LORI SWANSON
Attorney General of Minnesota
ALAN GILBERT
Solicitor General
JASON PLEGGENKUHLE
KATHERINE KELLY
Assistant Attorneys General
*Attorneys for Plaintiff the State of Minnesota*

| | |
|---|---|
| 1 | HECTOR H. BALDERAS |
|   | Attorney General of New Mexico |
| 2 | TANIA MAESTAS |
|   | Chief Deputy Attorney General |
| 3 | *Attorneys for Plaintiff the State of New Mexico* |
| 4 | ERIC T. SCHNEIDERMAN |
|   | Attorney General of New York |
| 5 | BARBARA D. UNDERWOOD |
|   | Solicitor General |
| 6 | STEVEN C. WU |
|   | Deputy Solicitor General |
| 7 | HOWARD MASTER |
|   | Senior Enforcement Counsel |
| 8 | LISA LANDAU |
|   | Bureau Chief, Health Care Bureau |
| 9 | ERIC HAREN |
|   | Special Counsel and Senior Advisor |
| 10 | *Attorneys for Plaintiff the State of New York* |
| 11 | JOSHUA H. STEIN |
|   | Attorney General of North Carolina |
| 12 | RYAN Y. PARK |
|   | Deputy Solicitor General |
| 13 | SRIPRIYA NARASIMHAN |
|   | Deputy General Counsel |
| 14 | *Attorneys for Plaintiff the State of North Carolina* |
| 15 | |
|   | ELLEN F. ROSENBLUM |
| 16 | Attorney General of Oregon |
|   | HENRY KANTOR |
| 17 | Special Counsel to the Attorney General |
|   | J. NICOLE DeFEVER |
| 18 | Assistant Attorney General |
|   | *Attorneys for Plaintiff the State of Oregon* |
| 19 | |
|   | JOSH SHAPIRO |
| 20 | Attorney General of Pennsylvania |
|   | JONATHAN SCOTT GOLDMAN |
| 21 | Executive Deputy Attorney General |
|   | MICHAEL J. FISCHER |
| 22 | Chief Deputy Attorney General |
|   | PATRICK M. GREENE |
| 23 | Deputy Attorney General |
|   | *Attorneys for Plaintiff the Commonwealth of Pennsylvania* |
| 24 | |
| 25 | PETER KILMARTIN |
|   | Attorney General of the State of Rhode Island |
| 26 | REBECCA TEDFORD PARTINGTON |
|   | Chief, Civil Division |
| 27 | MICHAEL W. FIELD |
|   | Assistant Attorney General |
| 28 | *Attorneys for Plaintiff the State of Rhode Island* |

5

| | |
|---|---|
| 1 | THOMAS J. DONOVAN, JR. |
| | Attorney General of Vermont |
| 2 | BENJAMIN D. BATTLES |
| | Solicitor General |
| 3 | *Attorneys for Plaintiff the State of Vermont* |
| 4 | MARK R. HERRING |
| | Attorney General of Virginia |
| 5 | MATTHEW R. MCGUIRE |
| | Acting Deputy Solicitor General |
| 6 | *Attorneys for Plaintiff the Commonwealth of Virginia* |
| 7 | |
| 8 | ROBERT W. FERGUSON |
| | Attorney General of Washington |
| 9 | JEFFREY T. SPRUNG |
| | RENE D. TOMISSER |
| | Assistant Attorneys General |
| 10 | *Attorneys for Plaintiff the State of Washington* |