IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE STATE OF CALIFORNIA; THE STATE OF CONNECTICUT; THE STATE OF DELAWARE; THE DISTRICT OF COLUMBIA; THE STATE OF ILLINOIS; THE STATE OF IOWA; THE COMMONWEALTH OF KENTUCKY; THE STATE OF MARYLAND; THE COMMONWEALTH OF MASSACHUSETTS; THE STATE OF MINNESOTA; THE STATE OF NEW MEXICO; THE STATE OF NEW YORK; THE STATE OF NORTH CAROLINA; THE STATE OF OREGON; THE COMMONWEALTH OF PENNSYLVANIA; THE STATE OF RHODE ISLAND; THE STATE OF VERMONT; THE COMMONWEALTH OF VIRGINIA; and THE STATE OF WASHINGTON,** | Case No. 4:17-cv-05895-KAW **[PROPOSED] TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE** |
| Plaintiffs, | |
| **v.** | |
| **DONALD J. TRUMP, President of the United States; ERIC D. HARGAN, Acting Secretary of the United States Department of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; STEVEN T. MNUCHIN, Secretary of the United States Department of the Treasury; UNITED STATES DEPARTMENT OF THE TREASURY; and DOES 1-20,** | |
| Defendants. | |

1

TO DEFENDANTS DONALD J. TRUMP, President of the United States; ERIC D. HARGAN, Acting Secretary of the United States Department of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; STEVEN T. MNUCHIN, Secretary of the United States Department of the Treasury; UNITED STATES DEPARTMENT OF THE TREASURY:

YOU (AND EACH OF YOU) ARE HEREBY ORDERED TO SHOW CAUSE at _____ *(time)* on _____ *(date)*, or as soon thereafter as counsel may be heard in the courtroom of the Honorable _____, located at _____, why you, your officers, agents, servants, employees, and attorneys and those in active concert or participation with you or them, should not be enjoined pending resolution of this action to make timely and complete cost-sharing reduction payments in accordance with the Patient Protection and Affordable Care Act, including but not limited to 31 U.S.C. § 1324, 26 U.S.C. § 36B, and 42 U.S.C. §§ 18071, 18082.

PENDING HEARING on the above Order to Show Cause, you, your officers, agents, servants, employees, and attorneys and all those in active concert or participation with you or them ARE HEREBY ENJOINED to continue making timely and complete cost-sharing reduction payments in accordance with the Patient Protection and Affordable Care Act, including but not limited to 31 U.S.C. § 1324, 26 U.S.C. § 36B, and 42 U.S.C. §§ 18071, 18082.  This Order specifically requires you and those in active concert or participation with you to timely make the CSR reimbursement payments the were scheduled to be paid to issuers of qualified health plans on October 20, 2017, but is not limited to that payment.  In issuing this Temporary Restraining Order, the Court finds and concludes that Plaintiffs have shown that immediate and irreparable injury will result to the Plaintiff States and millions of Americans who have access to affordable health care coverage under the Patient Protection and Affordable Care Act if Defendants stop making timely and complete cost-sharing reduction payments.

This Temporary Restraining Order (TRO) is effective immediately.  The Court waives the security requirement under Federal Rule of Civil Procedure 65(c) because Plaintiffs have

demonstrated that Defendants will not incur any costs or damages in complying with the TRO, as the TRO will save the federal government money.

This Order to Show Cause and supporting papers must be served on Defendants no later than _____ days before the date set for hearing, and proof of service shall be filed no later than _____ days before the hearing.  Any response or opposition to this Order to Show Cause must be filed and served on the Plaintiff States' counsel through ECF no later than _____ court days before the date set for hearing.  Any reply shall be filed and served no later than _____ court days before the date set for hearing.

Dated:  _____          _____
                                                                          Hon.
                                                                          United States District Judge

3