XAVIER BECERRA
Attorney General of California
JULIE WENG-GUTIERREZ
Senior Assistant Attorney General
GREGORY D. BROWN, SBN 219209
NIMROD P. ELIAS, SBN 251634
Deputy Attorneys General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-5461
  Fax:  (415) 703-5480
  E-mail:  Gregory.Brown@doj.ca.gov
*Attorneys for Plaintiff the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE STATE OF CALIFORNIA; THE STATE OF CONNECTICUT; THE STATE OF DELAWARE; THE DISTRICT OF COLUMBIA; THE STATE OF ILLINOIS; THE STATE OF IOWA; THE COMMONWEALTH OF KENTUCKY; THE STATE OF MARYLAND; THE COMMONWEALTH OF MASSACHUSETTS; THE STATE OF MINNESOTA; THE STATE OF NEW MEXICO; THE STATE OF NEW YORK; THE STATE OF NORTH CAROLINA; THE STATE OF OREGON; THE COMMONWEALTH OF PENNSYLVANIA; THE STATE OF RHODE ISLAND; THE STATE OF VERMONT; THE COMMONWEALTH OF VIRGINIA; and THE STATE OF WASHINGTON,** | Case No. 4:17-cv-05895-KAW  **CERTIFICATE REGARDING NOTICE TO DEFENDANTS OF EX PARTE MOTION**  **RELIEF REQUESTED BY 4:00 P.M. THURSDAY, OCTOBER 19, 2017** |
| Plaintiffs, | |
| v. | |
| **DONALD J. TRUMP, President of the United States; ERIC D. HARGAN, Acting Secretary of the United States Department of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; STEVEN T. MNUCHIN, Secretary of the United States Department of the Treasury; UNITED STATES DEPARTMENT OF THE TREASURY; and DOES 1-20,** | |
| Defendants. | |

1

Certificate Regarding Notice to Defendants of Ex Parte Motion  (4:17-cv-05895-KAW)

**CERTIFICATE REGARDING NOTICE TO DEFENDANTS OF EX PARTE MOTION**

Plaintiffs filed this action on October 13, 2017, and served Defendants with the summons and complaint on October 17, 2017.  Defendants have not yet appeared in this action or designated a counsel of record.  Accordingly, Plaintiffs have taken, and will take, the following steps to notify Defendants of Plaintiffs' Ex Parte Motion for a Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue (Ex Parte Motion):

This morning, prior to filing the Ex Parte Motion, Plaintiffs' counsel Gregory D. Brown telephoned the United States Attorney's Office in San Francisco, California, and spoke with Sara Winslow, Chief of the Civil Division.  Per Ms. Winslow's instructions, Mr. Brown agreed to send Ms. Winslow copies of the Ex Parte Motion and all supporting papers by messenger and email as soon as possible after the papers are filed.

Plaintiffs will file a proof of service once such service is complete.

Dated:  October 18, 2017

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
JULIE WENG-GUTIERREZ
Senior Assistant Attorney General

*/s/ Gregory D. Brown*

GREGORY D. BROWN
NIMROD P. ELIAS
Deputy Attorneys General
*Attorneys for Plaintiff the State of California*

SF2017401709
41864445.docx