ELLEN F. ROSENBLUM
Attorney General
HENRY KANTOR, *pro hac vice pending*
Special Counsel to the Attorney General
J. NICOLE DEFEVER, SBN 191525
Senior Assistant Attorney General
  100 SW Market Street
  Portland, OR 97201
  Telephone: (971) 673-1880
  Fax: (971) 673-5000
  Email: Henry.Kantor@doj.state.or.us
          Nicole.DeFever@doj.state.or.us
*Attorneys for the State of Oregon*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE STATE OF CALIFORNIA; THE STATE OF CONNECTICUT; THE STATE OF DELAWARE; THE DISTRICT OF COLUMBIA; THE STATE OF ILLINOIS; THE STATE OF IOWA; THE COMMONWEALTH OF KENTUCKY; THE STATE OF MARYLAND; THE COMMONWEALTH OF MASSACHUSETTS; THE STATE OF MINNESOTA; THE STATE OF NEW MEXICO; THE STATE OF NEW YORK; THE STATE OF NORTH CAROLINA; THE STATE OF OREGON; THE COMMONWEALTH OF PENNSYLVANIA; THE STATE OF RHODE ISLAND; THE STATE OF VERMONT; THE COMMONWEALTH OF VIRGINIA; and THE STATE OF WASHINGTON,**<br><br>                                    Plaintiffs,<br><br>                    v.<br><br>**DONALD J. TRUMP, President of the United States; ERIC D. HARGAN, Acting Secretary of the United States Department of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; STEVEN T. MNUCHIN, Secretary of the United States Department of the Treasury; UNITED STATES DEPARTMENT OF THE TREASURY; and DOES 1-20,**<br><br>                                    Defendants. | Case No. 4:17-cv-05895-KAW<br><br>***DECLARATION OF JANET BILLUPS ISO PLAINTIFFS' APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE*** |

I, Janet Billups hereby declare and affirm as follows:

1. I have personal knowledge of the facts set forth in this declaration and I am competent to testify about them.

2. I am Of Counsel and Policy Advisor to the President of the Oregon Health and Sciences University ("OHSU"), in Portland, Oregon.

3. OHSU is Oregon's public academic medical center. It is comprised of the degree-granting schools of dentistry, medicine, nursing, public health and pharmacy; multiple scientific research institutes; the OHSU Hospital and Doernbecher Children's Hospital; and several pediatric and adult ambulatory care clinics in the Portland area. As part of its statutory state-wide mission, as set by the legislature and governed by a board appointed by the Governor of the State of Oregon, OHSU also provides patient care services throughout Oregon, and is charged with a commitment to provide care to the underserved patient population. As Oregon's premier teaching and research hospital, OHSU often treats patients with complex pre-existing conditions who rely on the Patient Protection and Affordable Care Act ("ACA") to obtain health insurance.

4. Indeed, a considerable number of OHSU's patients obtain their health insurance through the ACA. Since its enactment, the ACA has reduced the percentage of our patients with no insurance from approximately 5 percent to approximately one percent. If, as appears likely to OHSU, the President's executive order ending ACA cost sharing subsidies destabilizes the market, causes insurers to leave the market, or makes obtaining health insurance unaffordable for our patients -- particularly for patients with preexisting conditions -- we would expect our percentage of uninsured patients to again rise. To put a dollar figure to it, an increase of 4 percent of uninsured patients (back to the pre-ACA uninsured level of 5 percent) would constitute an $80 million yearly loss to the OHSU health system.

////
////
////
////

**I declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED on October 16 2017.

_____
Janet Billups

Declaration of Janet Billups ISO Plaintiffs' Application for a Temporary Restraining Order (4:17-cv-05895-KAW)