XAVIER BECERRA
Attorney General of California
JULIE WENG-GUTIERREZ
Senior Assistant Attorney General
GREGORY D. BROWN, SBN 219209
NIMROD P. ELIAS, SBN 251634
Deputy Attorneys General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone: (415) 703-5841
  Fax: (415) 703-5480
  E-mail:  Nimrod.Elias@doj.ca.gov
*Attorneys for Plaintiff the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE STATE OF CALIFORNIA; THE STATE OF CONNECTICUT; THE STATE OF DELAWARE; THE DISTRICT OF COLUMBIA; THE STATE OF ILLINOIS; THE STATE OF IOWA; THE COMMONWEALTH OF KENTUCKY; THE STATE OF MARYLAND; THE COMMONWEALTH OF MASSACHUSETTS; THE STATE OF MINNESOTA; THE STATE OF NEW MEXICO; THE STATE OF NEW YORK; THE STATE OF NORTH CAROLINA; THE STATE OF OREGON; THE COMMONWEALTH OF PENNSYLVANIA; THE STATE OF RHODE ISLAND; THE STATE OF VERMONT; THE COMMONWEALTH OF VIRGINIA; and THE STATE OF WASHINGTON,** <br><br> Plaintiffs, <br><br> v. <br><br> **DONALD J. TRUMP, President of the United States; ERIC D. HARGAN, Acting Secretary of the United States Department of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; STEVEN T. MNUCHIN, Secretary of the United States Department of the Treasury; UNITED STATES DEPARTMENT OF THE TREASURY; and DOES 1-20,** <br><br> Defendants. | Case No. 4:17-cv-05895-KAW <br><br> **DECLARATION OF J. MICHAEL BROWN, DEPUTY ATTORNEY GENERAL OF KENTUCKY, ISO PLAINTIFFS' APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE** |

1

I, J. Michael Brown, Deputy Attorney General of Kentucky, declare as follows:

1. Pursuant to filings with the Kentucky Department of Insurance, Kentucky currently has two health insurance providers that offer health plans on the individual market that comply with the Affordable Care Act – Anthem Health Plans of Kentucky, Inc. (Anthem) and CareSource Kentucky Co. (CareSource). (*See* Health Rate Filings, http://insurance.ky.gov/ratefil-/default.aspx, last visited on October 17, 2017).

2. On August 16, 2017, Anthem submitted a rate filing for the Individual market ACA-compliant plans offered by Anthem throughout the Commonwealth of Kentucky during the 2018 calendar year. (*See* Anthem Rate Filing Justification http://insurance.ky.gov/r-atefil/RFDocuments/2017-007014R_3.pdf, last visited on October 17, 2017).

3. In that rate filing, Anthem submitted proposed rate increase of 41.2%, with rate changes by plan that vary from 29.5% to 48.3% with the expectation that Cost Sharing Reductions (CSR) funding credits would not be issued. (*See id.*).

4. The Kentucky Department of Insurance has currently approved Anthem for an average rate increase of 41.2%. (*See* Anthem Approval, http://insurance.ky.gov/ratefil/-RFDocuments/2017-007014-R_4.pdf, last visited on October 17, 2017).

5. On August 11, 2017, CareSource submitted a rate filing for the Individual market ACA-compliant plans offered by CareSource in sixty-one (61) counties in the Commonwealth of Kentucky during the 2018 calendar year. (*See* CareSource Rate Filing Justification, ihttp://insurance.ky.gov/ratefil/RFDocuments/2017-007073-R_3.pdf, last visited on October 17, 2017).

6. In that rate filing, CareSource submitted a proposed rate increase based on the assumption that the CSR will not be funded. (*See id.*).

7. On September 1, 2017, the Kentucky Department of Insurance approved a rate increase of

2

56%. (*See* CareSource Approval, http://insurance.ky.gov/ratefil/RFDocuments/2017-007073-R_4.pdf, last visited on October 17, 2017).

8. Both Anthem and CareSource retain the right to amend their actuarial memorandums of their proposed rate filing requests to account for future developments regarding the funding of CSR. (*See* http://insurance.ky.gov/ratefil/RFDocuments/2017-007014-R_3.pdf; ihttp://insurance.ky.gov/ratefil/RFDocuments/2017-007073-R_3.pdf, last visited on October 17, 2017).

9. Kentucky law requires insurers to submit new filings to reflect any material change to the previously filed and approved rate filing. Ky. Rev. Stat. 304.17A-095.

10. Furthermore, Kentucky law permits the Attorney General to compel a hearing before the Commissioner of the Department of Insurance to determine whether the rates are excessive or inadequate. *Id.*

11. Over 80,000 Kentuckians will see a dramatic increase in their premiums as a result of the administration's decision to not fund the CSR.

12. A temporary restraining order and preliminary injunction requiring the funding of the CSR would permit Anthem, CareSource, the Kentucky Department of Insurance and the Attorney General to take action seeking to prevent this premium increase for over 80,000 Kentuckians while this civil action is pending.

Date: 10/17/17

J. MICHAEL BROWN
DEPUTY ATTORNEY GENERAL

3

Declaration of J. Michael Brown, Deputy Attorney General of Kentucky, ISO Plaintiffs' Application for a
Temporary Restraining Order (4:17-cv-05895-KAW)