XAVIER BECERRA
Attorney General of California
JULIE WENG-GUTIERREZ
Senior Assistant Attorney General
GREGORY D. BROWN, SBN 219209
NIMROD P. ELIAS, SBN 251634
Deputy Attorneys General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone: (415) 703-5841
  Fax: (415) 703-5480
  E-mail:  Nimrod.Elias@doj.ca.gov
  *Attorneys for Plaintiff the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE STATE OF CALIFORNIA; THE STATE OF CONNECTICUT; THE STATE OF DELAWARE; THE DISTRICT OF COLUMBIA; THE STATE OF ILLINOIS; THE STATE OF IOWA; THE COMMONWEALTH OF KENTUCKY; THE STATE OF MARYLAND; THE COMMONWEALTH OF MASSACHUSETTS; THE STATE OF MINNESOTA; THE STATE OF NEW MEXICO; THE STATE OF NEW YORK; THE STATE OF NORTH CAROLINA; THE STATE OF OREGON; THE COMMONWEALTH OF PENNSYLVANIA; THE STATE OF RHODE ISLAND; THE STATE OF VERMONT; THE COMMONWEALTH OF VIRGINIA; and THE STATE OF WASHINGTON,** | Case No. 3:17-cv-05895-KAW **DECLARATION OF MARI CANTWELL, CHIEF DEPUTY DIRECTOR OF HEALTH CARE PROGRAMS, CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES, ISO PLAINTIFFS' APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE** |
| Plaintiffs, | |
| v. | |
| **DONALD J. TRUMP, President of the United States; ERIC D. HARGAN, Acting Secretary of the United States Department of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; STEVEN T. MNUCHIN, Secretary of the United States Department of the Treasury; UNITED STATES DEPARTMENT OF THE TREASURY; and DOES 1-20,** | |
| Defendants. | |

1

I, Mari Cantwell, hereby declare:

1. I am the Chief Deputy Director of Health Care Programs at the California Department of Health Care Services (DHCS) where I serve as the State Medicaid Director for California's version of the federal-state Medicaid program under title XIX of the federal Social Security Act, known as Medi-Cal. In this capacity, I am responsible for overseeing all facets of Medi-Cal program administration and the delivery and financing of care for over 13.5 million beneficiaries. The facts stated herein are of my own personal knowledge, and I could and would competently testify to them.

2. Due to implementation of the Affordable Care Act (ACA) in California, the State has experienced a considerable decrease in the number of uninsured residents. Over 6 million Californians were uninsured in 2013, prior to full implementation of the ACA. By 2015, approximately half of that population became insured, leaving around 3 million Californians remaining without coverage. This is predominantly attributable to the expansion of eligibility in the Medi-Cal program, and the newfound availability of health coverage through the State's health exchange marketplace which is known as Covered California. As a result, the State collectively, including its political subdivisions, its safety-net health care providers, and its residents, has begun to realize significant gains from both a public health, and an economic and fiscal standpoint. One of the principal financial benefits has been a meaningful reduction in the level of uncompensated care costs borne within the State's various health care systems and programs.

3. If the number of uninsured individuals in California were to increase, the

2

State would incur a significant negative economic impact due to the accompanying increase in uncompensated care costs that would follow. For example, according to data collected and published by the Office of Statewide Health Planning and Development (OSHPD), California hospitals incurred uncompensated care costs totaling approximately $5.2 billion dollars in 2013 and before full implementation of the ACA. In 2015, after implementation of the ACA, OSHPD data reflects that California hospitals experienced approximately $1.9 billion dollars in uncompensated care costs, which amounts to nearly a 64% decrease in hospital uncompensated care costs over this short time period. Without any other options for care, those residents finding themselves without coverage would turn to traditional and more costly safety-net sources of care, such as use of hospital emergency rooms, or forgo care entirely. This would reintroduce the same type of financial strain on State, local and private health systems and programs that the ACA was intended to relieve.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed on October 17, 2017, in Sacramento, California.

Mari Cantwell
Chief Deputy Director, Health Care Programs
California Department of Health Care Services

3

Declaration of Mari Cantwell, Chief Deputy Director Health Care Programs, California Department of Health Care Services, ISO Plaintiffs' Application for a Temporary Restraining Order (3:17-cv-05895-KAW)