**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO/OAKLAND DIVISION**

| | |
|---|---|
| THE STATE OF CALIFORNIA; THE STATE OF CONNECTICUT; THE STATE OF DELAWARE; THE DISTRICT OF COLUMBIA; THE STATE OF ILLINOIS; THE STATE OF IOWA; THE COMMONWEALTH OF KENTUCKY; THE STATE OF MARYLAND; THE COMMONWEALTH OF MASSACHUSETTS; THE STATE OF MINNESOTA; THE STATE OF NEW MEXICO; THE STATE OF NEW YORK; THE STATE OF NORTH CAROLINA; THE STATE OF OREGON; THE COMMONWEALTH OF PENNSYLVANIA; THE STATE OF RHODE ISLAND; THE STATE OF VERMONT; THE COMMONWEALTH OF VIRGINIA; and THE STATE OF WASHINGTON, | NO. 4:17-cv-05895-KAW  DECLARATION OF William Ely, Vice President, Actuarial Services, Kaiser Foundation Health Plan, Inc., representing Kaiser Foundation Health Plan of the Northwest |

Plaintiffs,

v.

DONALD J. TRUMP, President of the United States; ERIC D. HARGAN, Acting Secretary of the United States Department of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; STEVEN T. MNUCHIN, Secretary of the United States Department of the Treasury; UNITED STATES DEPARTMENT OF THE TREASURY; and DOES 1-20,

Defendants.

I, William Ely, declare as follows:

DECLARATION OF WILLIAM ELY                1

4:17-cv-05895-KAW

1. I am over the age of 18 years of age, have personal knowledge of all facts and matters herein, and am competent to testify to the matters below.

2. I am the Vice President, Actuarial Services of Kaiser Foundation Health Plan, Inc. For Kaiser Foundation Health Plan of the Northwest ("KPNW"), my responsibilities include decision-making regarding KPNW's rate filings with the Washington Office of the Insurance Commissioner and the Oregon Division of Financial Regulation and the incorporation of Cost-Sharing Reduction (CSR) payments into rate-setting.

3. Kaiser Permanente is an integrated health system that provides care and coverage for nearly 12 million members in eight states and the District of Columbia. Each day, more than 200,000 dedicated employees and approximately 22,000 Permanente Medical Group physicians come to work at Kaiser Permanente to care for our members and deliver on our commitment to improving the health of the 65 million people living in the communities we serve.

4. In Kaiser Permanente's Northwest region which encompasses Oregon and Washington, there are approximately 576,336 members, who are served by approximately 14,000 employees and physicians.  KPNW participated in the individual market before the Affordable Care Act ("ACA") took effect – and we continue to do so. Over 600,000 of our nearly 12 million members receive coverage and care from Kaiser Permanente through the ACA's health insurance exchanges, 33,564 of them in Oregon and southwest Washington.

DECLARATION OF WILLIAM ELY                    2

4:17-cv-05895-KAW

5. Political, regulatory, and financial uncertainty has driven higher premiums and fewer choices for consumers. I expect the President's decision to stop Cost-Sharing Reduction (CSR) payments will contribute to the destabilization of the market, leading to higher premiums and further threaten or impair consumer choice.

6. The ACA requires any health plan issuer that participates on the Exchange to offer at least one Silver and one Gold plan.  When an issuer offers a Silver plan, the ACA also requires that three Silver plan variations also be offered.  These are the plans in which individuals entitled to a CSR subsidy are enrolled. Consequently, any issuer that participates in the Exchange must offer at least one set of these Silver plan variations for which CSR payments will be received.

7. CSR payments are an important subsidy, provided by the ACA, to help low-income people manage deductibles and out-of-pocket costs. The law requires health plans to offer Silver plan coverage to individuals with incomes up to 250% of the federal poverty level with discounted out-of-pocket costs (co-payments and co-insurance) and deductibles.  In turn, the ACA directs the federal government to make CSR payments to the health plan issuers to support the mandated reduced rates.

8. In Oregon and Washington, KPNW has 11,989 members who are supported by CSR payments and 26,888 members who are on Silver Plans, which is the type of plan supported by CSR payments.

9. KPNW estimated that it will receive CSR payments of $18,225,000 in 2018.

DECLARATION OF WILLIAM ELY          3

10.    In the event the 2018 CSR payments are not made, KPNW expects that it will need to raise premiums to cover the expected payments from the federal government to support low income members.

11.    Because of the uncertainty over whether the federal government would make CSR payments, KPNW has identified two sets of rates for 2018 – what we would charge consumers if the CSR payments are made and what we will be forced to charge if the CSR payments are not made.

12.    The Oregon Division of Financial Regulation instructed carriers on October 13, 2017 to increase on and off Exchange rates by 7.1%, and KPNW will follow Commissioner Kreidler's October 16, 2017 direction to use the higher of our filed rates.

13.    The average 2018 rate increase for a KPNW member on a Silver Plan if CSR payments are continued is 15% in both states.

14.    The average 2018 rate increase for a KPNW member on a Silver Plan if CSR payments are not made is 23% in Oregon and 30% in Washington.

15.    The ACA requires that the same rates be charged for the same plans when they are offered both through the Exchange and outside the Exchange.  Raising the rates for Silver plans offered through the Exchange in Washington and both on and off the Exchange in Oregon, therefore, will increase the rates charged for individuals who are enrolled outside the Exchange in Silver plans and who do not receive any federal subsidy to defray the cost of their coverage and/or care.

DECLARATION OF WILLIAM ELY                    4

4:17-cv-05895-KAW

19,315 number of enrollees will be affected by the rate increases due to lack of CSR payments.

16. While KPNW will continue to work in partnership with the state legislatures and Insurance Commissioners Kreidler and Straight to find ways to provide high-quality, affordable health care in Oregon and Washington States.

I affirm under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED this 17th day of October, 2017, at Portland, Oregon.

Recoverable Signature

X   William R Ely
_____
William R Ely

Signed by: William Ely

Vice President, Actuarial Services, Kaiser Foundation Health Plan, Inc.

DECLARATION OF WILLIAM ELY                5

4:17-cv-05895-KAW