XAVIER BECERRA
Attorney General of California
JULIE WENG-GUTIERREZ
Senior Assistant Attorney General
GREGORY D. BROWN, SBN 219209
NIMROD P. ELIAS, SBN 251634
Deputy Attorneys General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone: (415) 703-5841
  Fax: (415) 703-5480
  E-mail:  Nimrod.Elias@doj.ca.gov
*Attorneys for Plaintiff the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE STATE OF CALIFORNIA; THE STATE OF CONNECTICUT; THE STATE OF DELAWARE; THE DISTRICT OF COLUMBIA; THE STATE OF ILLINOIS; THE STATE OF IOWA; THE COMMONWEALTH OF KENTUCKY; THE STATE OF MARYLAND; THE COMMONWEALTH OF MASSACHUSETTS; THE STATE OF MINNESOTA; THE STATE OF NEW MEXICO; THE STATE OF NEW YORK; THE STATE OF NORTH CAROLINA; THE STATE OF OREGON; THE COMMONWEALTH OF PENNSYLVANIA; THE STATE OF RHODE ISLAND; THE STATE OF VERMONT; THE COMMONWEALTH OF VIRGINIA; and THE STATE OF WASHINGTON,**<br><br>Plaintiffs,<br><br>v.<br><br>**DONALD J. TRUMP, President of the United States; ERIC D. HARGAN, Acting Secretary of the United States Department of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; STEVEN T. MNUCHIN, Secretary of the United States Department of the Treasury; UNITED STATES DEPARTMENT OF THE TREASURY; and DOES 1-20,**<br><br>Defendants. | Case No. 4:17-cv-05895-KAW<br><br>**DECLARATION OF DONNA FRESCATORE, EXECUTIVE DIRECTOR, NEW YORK STATE OF HEALTH ISO PLAINTIFFS' APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE** |

1

Donna Frescatore, declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1.    I am the Executive Director of the NY State of Health, which is established within the New York State Department of Health ("DOH"). I make this declaration in support of New York State's Application for a Temporary Restraining Order and Order to Show Cause in the above-captioned action.

2.    The NY State of Health ("NYSoH" or "Marketplace") is New York State's official health plan Marketplace established pursuant to the Patient Protection and Affordable Care Act ("ACA").

3.    New York opened the NYSoH in October 2013 so that consumers would be able to purchase health plans to ensure coverage as of January 1, 2014. The NYSoH certifies health plans, determines eligibility, and offers enrollment opportunities on-line, in-person, by phone and by mail to individuals enrolling in public and private health insurance coverage.

4.    Through the NYSoH, New Yorkers can enroll in Qualified Health Plans ("QHPs") — plans that have been certified by the Marketplace and cover all essential health benefits required by the ACA. New Yorkers earning less than 400 percent of the federal poverty level ($48,240 for individuals and $98,400 for families of four) can qualify for advance premium tax credits to lower the cost of their premiums for QHPs through the NYSoH. Under the ACA, those earning up to 250 percent of the federal poverty level may also be eligible for additional financial assistance through "cost-sharing reductions" ("CSRs") that reduce the cost of using their health insurance coverage. The NYSoH assists New Yorkers in determining whether such financial assistance is available. New Yorkers must enroll in a plan directly through the Marketplace if they

want to qualify for and use premium tax credits and CSRs.

5.      In addition, eligible New Yorkers can enroll in Medicaid, Child Health Plus, or the Essential Plan (the State's Basic Health Program that offers free or low-cost health insurance coverage to low-income residents) through the Marketplace, and the NYSoH assists applicants in determining their eligibility to enroll in these programs.

6.      Through these health plan options, the NYSoH has dramatically increased New Yorkers' access to affordable and comprehensive health insurance coverage.  Prior to the ACA, coverage through New York's individual insurance market was unaffordable for most, costing $1,000 or more per person per month.  As a result, generally only the sickest or wealthiest individuals purchased coverage, and New York's individual insurance market risked entering into a "death spiral."

7.      Since its inception in 2014, the NYSoH has transformed New York's individual insurance market, offering all New Yorkers access to affordable health insurance options, with an average QHP premium for comparable coverage costing $486 excluding any subsidies enrollees may receive.  Approximately 60 percent of Marketplace enrollees receive tax credits to help pay for coverage.  New York experienced an unprecedented increase in individual health insurance enrollment, both on and off the Marketplace.  In just three years — from the NYSoH opening in 2013 to 2016 — the rate of uninsured New Yorkers has declined from 10 percent to 5 percent.

**COST-SHARING REDUCTIONS**

8.      Pursuant to Section 1402 of the ACA, certain low-income individuals are eligible for CSRs to reduce the cost of using their health insurance coverage.  "Cost-sharing" refers to co-payments, co-insurance, and deductibles that individuals pay when they access care covered by their health plans.  The value of the CSR that an individual or

3

family receives depends on income level, and the lower one's income, the higher proportion of costs that will be covered through the CSR. For example, an individual's deductible could drop from $2,000 to between $1,650 to $0 with a CSR, depending on the individual's income.

9.     New Yorkers are generally eligible for CSRs if: (a) they enroll in a QHP at the "silver" level of coverage through the Marketplace, (b) their household income is between 100 and 250 percent of the federal poverty line ("FPL"),[1] and (c) they are also eligible for premium tax credits under the ACA. Eligibility is determined based on information submitted by the applicant regarding income, family size, and availability of minimum essential coverage. New Yorkers will be prompted to provide this information when they apply for coverage through the NYSoH if they are seeking financial assistance.

10.     The NYSoH coordinates with the relevant federal agencies to provide real-time data-matching on eligibility requirements such as income and immigration status, enabling NYSoH to provide applicants with immediate eligibility determinations for financial assistance so they know their true cost of coverage when they compare plans and apply for coverage.

11.     Health plans will be notified by the NYSoH that an individual eligible for a CSR has enrolled in their plan, and approximately once per month NYSoH sends to the U.S. Department of Health and Human Services ("HHS") Centers for Medicare and Medicaid Services and to the health plans a list of the plans' enrollees with CSRs.

_____

[1] It is worth noting, however, that in New York individuals are generally eligible for Medicaid if their income is below 138 percent of the FPL.

4

## HEALTH PLAN OFFERINGS IN THE MARKETPLACE

12.     New York's Marketplace has been an undeniable success in providing health plan choices and coverage to New Yorkers.

13.     To date, more than 4 million New Yorkers have enrolled in health coverage for 2017 through the Marketplace.  This represents an increase of 44 percent from the prior year's open enrollment period.  The vast majority of those who enrolled through the NYSoH in 2017 reported not having health insurance at the time that they first applied for coverage through the Marketplace.

14.     In 2017, more than 1 in 5, or 21 percent, of New Yorkers are covered through the NYSoH.

15.     The Marketplace offers a range of choices to consumers.  A hallmark of the NY State of Health Marketplace has been robust choice of health plans from which consumers can choose based on factors such as price and provider network.  In 2017, 14 health insurers offered QHP coverage to individuals.  In 2018, that number will drop to 12 health insurers.[2]  These insurers are required to offer plans at each metal level — platinum, gold, silver, and bronze — in every county of its Marketplace service area.

16.     Of the approximately 4 million New Yorkers who enrolled in coverage through the NYSoH in 2017, approximately 228,000 enrolled in QHPs (both with and without financial assistance).  The remainder enrolled in the Essential Plan, Medicaid, and Child Health Plus.

17.     Of these QHP enrollees, over 140,000 received financial assistance (tax credits

---

[2] In making the decision to no longer offer coverage to individuals, one health plan cited the "continuing uncertainty in Washington about the future of the ACA..." See Jonathan LaMantia, *Northwell Health to get out of the insurance business*, CRAIN'S NEW YORK BUSINESS, Aug. 24, 2017, http://www.crainsnewyork.com/article/20170824/HEALTH_CARE/170829932/amid-obamacare-uncertainty-northwell-health-to-leave-insurance-marketplace.

5

and/or cost sharing reductions) to reduce the cost of coverage.

18.     More than 65,000 enrollees of QHPs were eligible for CSRs in 2017.  The majority of individuals who were eligible for CSRs in 2017 enrolled in a silver plan that enabled them to utilize the reductions, while the rest enrolled in other metal levels.

## PROCESS FOR PLANS TO PARTICIPATE IN THE MARKETPLACE

19.     In approximately April of each year, the NYSoH issues an invitation for health plans to participate in the Marketplace in the following calendar year, and includes an outline of the certification requirements for designation as a QHP.  All plans must meet these requirements to be included in the Marketplace.  The NYSoH evaluates whether the health plans that submitted proposals meet the federal minimum participation standards, along with any New York State participation requirements.  Part of this assessment includes validating that the health plan is licensed and in good financial standing with the New York State Department of Financial Services ("DFS") and DOH.

20.     Under NYS law, DFS is responsible for reviewing health plans' proposed rates and for approving policy forms.  NYSoH is responsible under federal law for certifying plans to be offered on the Marketplace.  Once DFS completes its review (typically in the month of August), it notifies NYSoH of the participating health plans' approved forms and rates.  Health plans that meet participation requirements in the annual invitation are certified by NYSoH to be offered on the Marketplace in the next open enrollment period.  Once a plan is certified, NYSoH loads information for approximately 481 product offerings, including the premium, benefits and cost sharing into its information technology system.  Starting in September, NYSoH uses this information and, with the consumers' consent, information from federal and state data sources, to begin the process of recertifying individuals' eligibility for the next calendar year, as required by federal law.

6

Plan offerings must be publicly available on the Marketplace by November 1.

21.    The rating and certification process for the 2018 plan year is complete. On April 18, 2017, the NYSoH issued its invitation to insurers to participate for the 2018 plan year. Insurers were required to submit their letters of interest to the NYSoH by April 25, 2017. They had until May 15, 2017 to submit their proposed rates to DFS for approval, and until May 26, 2017 to submit their participation proposals to the NYSoH. DFS made rate decisions on August 15, 2017, and the NYSoH certified plans on September 28, 2017. Consumer renewal notices will be sent in mid-October. Open enrollment for 2018 will begin on November 1, 2017.

### IMPACT OF THE ADMINISTRATION'S TERMINATION OF CSRs ON THE MARKETPLACE

22.    CSRs are subsidies for lower income QHP enrollees. Rather than reimburse consumers directly, under the ACA the federal government issues these subsidies to insurers for costs that otherwise would have been paid by consumers in the form of annual deductibles, copayments and other cost sharing when they receive a covered medical service. To amplify, when a CSR eligible individual incurs a hospital admission or a doctor's visit, the individual pays a lesser amount out of pocket to the medical provider than he or she would if they did not qualify for cost sharing reductions. The insurer pays the difference to the provider and is compensated for such difference by CSR payments from the federal government. Under the ACA, insurers must offer eligible individuals the benefit of the cost sharing reductions (i.e., reduced annual deductibles, copayments and other cost sharing) regardless of whether the federal government reimburses the plan for such costs.

23.    Ending CSR payments will result in one of two outcomes: the health plan exits

Declaration of Donna Frescatore, Executive Director, New York State of Health ISO Plaintiffs' Application for a Temporary Restraining Order (4:17-cv-05895-KAW)

the individual Marketplace, or it raises premiums to compensate for the loss of federal CSR revenue. Continuing to provide a benefit without just compensation would negatively impact the financial solvency of the health plan. Both options negatively affect consumers in New York.

24.    Premium increases would make insurance unaffordable to more individuals and drive healthier consumers out of the insurance market, resulting in further increased premiums for those who remain.

25.    Insurer exits mean less competition and choice for consumers. This is particularly concerning for counties that have fewer health plan options — such as the three counties that only have two QHP issuers.

26.    The prospect of the elimination of federal payment of CSRs already caused individual premiums to increase for 2018. The DFS approved an adjustment to 2018 individual premium rates to reflect the potential discontinuance of federal payments of CSRs. In 2018, these increases will have the most direct impact on the more than 209,000 people who purchase health insurance in the individual market both on and off-Marketplace and who are not eligible for tax credits.

27.    The increased premiums in 2018 could have a significant impact on New York's Marketplace and the consumers who use the NYSoH to obtain affordable health insurance coverage. In our experience and evidence from the research literature, when premiums rise, fewer people enroll in health insurance coverage.

28.    Premium increases that occur in 2018 and beyond could result in consumers either losing their coverage because they cannot afford the increased premiums or paying significantly more than they expected for the same coverage.

29.    If plans withdraw from the market their (former) members will be in the

Declaration of Donna Frescatore, Executive Director, New York State of Health ISO Plaintiffs' Application for a Temporary Restraining Order (4:17-cv-05895-KAW)

unacceptable position of having to rush to secure new coverage that meets all of their health care needs and which is financially viable, and some may find no other acceptable options and lose coverage altogether.

30.    Accordingly, if the CSR payments from the federal government stop, New York will likely face increases in premiums and/or health plans dropping out of the Marketplace altogether. As a result, New Yorkers' ability to obtain low-cost health insurance will be adversely affected and enrollment in QHPs through the NYSoH will decrease.

31.    Federal defunding of the CSRs jeopardizes the significant progress that New York has made to increase health insurance coverage rates for its residents, and will likely result in health coverage rates decreasing and, correspondently, rates of uncompensated care increasing.

32.    NYSoH will incur other costs as well. Increased costs will include modifications to the NYSoH technology system and consumer notices. Marketplace staff will also need to develop training materials and re-train thousands of call center representatives and in-person assistors who help consumers apply for and choose coverage. In addition, NYSoH will have to invest resources in revising its consumer education materials and a consumer awareness campaign to inform consumers of these changes. Last year NYSoH Customer Service Representatives answered nearly 2 million calls during the 2017 open enrollment period — this volume can only increase as New Yorkers face the additional uncertainty and confusion that will accompany a federal defunding of CSRs.

33.    Under the ACA, consumers must enroll for coverage during the annual open enrollment period. The federal government's timing for defunding CSRs (together with other federal efforts to undercut the ACA) and the resulting confusion for consumers is

9

particularly troubling given that the 2018 open enrollment period begins on November 1, 2017. It will almost certainly result in consumers failing to enroll and will increase the ranks of the uninsured. Failure to enroll means most consumers will be without health insurance coverage for a year. To enroll outside of the annual open enrollment period, consumers must have one of the limited number of qualifying life events for a special enrollment period (i.e., marriage, new child, loss of job) or become eligible for insurance through a different source like employment. Without one of these, even if they have a catastrophic health event, consumers will have no coverage and will be responsible for payment. One catastrophic health event can lead to financial ruin for lower-income people.

34.    Uncompensated care costs for the State and federal governments and providers in New York have decreased by $1.8 billion annually as a result of the ACA. If fewer consumers enroll due to loss of coverage options or unaffordable premiums, these important gains will be rolled back.

Dated: October 17, 2017

Donna Frescatore

Declaration of Donna Frescatore, Executive Director, New York State of Health ISO Plaintiffs' Application for a Temporary Restraining Order (4:17-cv-05895-KAW)