XAVIER BECERRA
Attorney General of California
JULIE WENG-GUTIERREZ
Senior Assistant Attorney General
GREGORY D. BROWN, SBN 219209
NIMROD P. ELIAS, SBN 251634
Deputy Attorneys General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone: (415) 703-5841
  Fax: (415) 703-5480
  E-mail:  Nimrod.Elias@doj.ca.gov
*Attorneys for Plaintiff the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE STATE OF CALIFORNIA; THE STATE OF CONNECTICUT; THE STATE OF DELAWARE; THE DISTRICT OF COLUMBIA; THE STATE OF ILLINOIS; THE STATE OF IOWA; THE COMMONWEALTH OF KENTUCKY; THE STATE OF MARYLAND; THE COMMONWEALTH OF MASSACHUSETTS; THE STATE OF MINNESOTA; THE STATE OF NEW MEXICO; THE STATE OF NEW YORK; THE STATE OF NORTH CAROLINA; THE STATE OF OREGON; THE COMMONWEALTH OF PENNSYLVANIA; THE STATE OF RHODE ISLAND; THE STATE OF VERMONT; THE COMMONWEALTH OF VIRGINIA; and THE STATE OF WASHINGTON,** | Case No. 4:17-cv-05895-KAW<br><br>**DECLARATION OF HANNAH DYER FRIGAND, ASSOCIATE DIRECTOR, HELPLINE, ENROLLMENT AND EDUCATION, HEALTH CARE FOR ALL ISO PLAINTIFFS' APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE** |
| Plaintiffs, | |
| v. | |
| **DONALD J. TRUMP, President of the United States; ERIC D. HARGAN, Acting Secretary of the United States Department of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; STEVEN T. MNUCHIN, Secretary of the United States Department of the Treasury; UNITED STATES DEPARTMENT OF THE TREASURY; and DOES 1-20,** | |
| Defendants. | |

1

I, Hannah Dyer Frigand, hereby state the following:

1. I am the Associate Director, HelpLine, Enrollment and Education of Health Care For All (HCFA). The facts below are based on my personal knowledge and my review of documents kept in the ordinary course of business by HCFA, and are, to the best of my knowledge, true and accurate.

2. HCFA is a Massachusetts nonprofit advocacy organization that has worked for 32 years to improve the health care system through policy advocacy and direct service to consumers. Since the passage of the Patient Protection and Affordable Care Act (ACA), HCFA has played a major role in its implementation in Massachusetts. In my role at HCFA, I oversee its consumer HelpLine that informs Massachusetts residents about their health insurance options and assists with their applications for coverage. I started working at Health Care For All in October of 2006 and have been managing the HelpLine since January of 2013. I have personally assisted thousands of callers to apply for insurance coverage, and have since 2013 supervised up to six others in the same work. HelpLine Counselors complete applications for consumers seeking coverage including Medicaid, CHIP, Qualified Health Plans with Advanced Premium Tax Credits and Cost Sharing Reduction subsidies, as well as Qualified Health Plans without subsidies. The HelpLine handles an average of 20,000 calls a year.

3. As part of my work at HCFA, I am in regular contact with dozens of other people employed by public and private agencies to assist with insurance enrollment. My experience at HCFA assisting individuals with insurance enrollment in publicly subsidized programs makes me uniquely qualified to comment on the impact of proposed changes to consumers in Massachusetts.

4. The ACA work involves assisting individuals to enroll in healthcare plans offered through the Massachusetts Health Connector, Massachusetts' state-based exchange under the ACA. We do so by screening families for their insurance options based on household size, income and access to other insurance options, completing application as well as troubleshooting issues with coverage. We assist eligible members with shopping for private insurance options through the Health Connector if the family qualifies for marketplace

2

coverage.  Since 2015, Health Care for All's HelpLine has helped over 3,500 people apply for health care plans offered through the Health Connector and Massachusetts' Medicaid program.

5.  In my experience, when premium rates for plans being offered through the Health Connector have risen, fewer people have chosen to enroll.  Instead, at least some people have chosen to go without health care coverage instead of paying higher rates.  Sometimes this has been a matter of choice for callers I have encountered, but often it has been a matter of economic necessity.  In some cases, I have spoken with callers who have chosen to forego health insurance in order to pay for other necessities, specifically on account of increased insurance premium charges.

6.  In my experience, when premiums for health care plans offered through the Health Connector have risen, I have heard from individuals that choose not to purchase those plans even if they are eligible for tax credits and other subsidies that would substantially reduce those premiums.

7.  In my experience, when premiums for health care plans offered through the Health Connector have risen, at least some individuals decide not to purchase those plans even if they will pay a tax penalty.

8.  Therefore, based on my experience at HCFA assisting individuals, it is my opinion that there is an inverse relation between increased premium charges and the rate of enrollment in health insurance policies issued by the Connector pursuant to the ACA.

Signed under the pains and penalties of perjury this 18th day of October, 2017.

_____  10/18/2017

Hannah Dyer Frigand

Associate Director, HelpLine, Enrollment and

Education

Health Care For All

3