ELLEN F. ROSENBLUM
Attorney General
HENRY KANTOR, *pro hac vice pending*
Special Counsel to the Attorney General
J. NICOLE DEFEVER, SBN 191525
Senior Assistant Attorney General
  100 SW Market Street
  Portland, OR 97201
  Telephone: (971) 673-1880
  Fax: (971) 673-5000
  Email: Henry.Kantor@doj.state.or.us
        Nicole.DeFever@doj.state.or.us
*Attorneys for the State of Oregon*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE STATE OF CALIFORNIA; THE STATE OF CONNECTICUT; THE STATE OF DELAWARE; THE DISTRICT OF COLUMBIA; THE STATE OF ILLINOIS; THE STATE OF IOWA; THE COMMONWEALTH OF KENTUCKY; THE STATE OF MARYLAND; THE COMMONWEALTH OF MASSACHUSETTS; THE STATE OF MINNESOTA; THE STATE OF NEW MEXICO; THE STATE OF NEW YORK; THE STATE OF NORTH CAROLINA; THE STATE OF OREGON; THE COMMONWEALTH OF PENNSYLVANIA; THE STATE OF RHODE ISLAND; THE STATE OF VERMONT; THE COMMONWEALTH OF VIRGINIA; and THE STATE OF WASHINGTON, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, President of the United States; ERIC D. HARGAN, Acting Secretary of the United States Department of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; STEVEN T. MNUCHIN, Secretary of the United States Department of the Treasury; UNITED STATES DEPARTMENT OF THE TREASURY; and DOES 1-20, <br><br> Defendants. | Case No. 4:17-cv-05895-KAW <br><br> **DECLARATION OF TK KEEN ISO PLAINTIFFS' APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE** |

I, TK Keen, hereby declare and affirm as follows:

1.  I am over the age of 18 and competent to testify.

2.  I am the Deputy Administrator for the Division of Financial Regulation of the Oregon Department of Consumer & Business Services ("DCBS"). As such, I am responsible for insurance regulation, including the product regulation, policy, consumer education and advocacy, compliance and enforcement sections of the division. These duties encompass the area of health insurance subject to regulation by the State of Oregon. I have personal knowledge of the matters stated herein.

3.  Approximately 50,000 Oregonians receive cost sharing reduction ("CSR") subsidies under the Patient Protection and Affordable Care Act ("ACA"). DCBS has calculated that the value of CSR subsidies attributable to Oregon insureds under the ACA as approximately $47.4 million for 2018. As a result of the Executive Order ending payment of CSR subsidies, insurers providing plans under the ACA will have to raise premiums to make up the difference. For the plan that drives costs in the market, our second lowest-cost Silver tier plan, this will result in a premium increase of 7.1 percent.

4.  However, this rate increase will only go into effect for the 2018 policy year. DCBS has no ability to allow a rate increase for the remainder of the 2017 policy year. We estimate the loss of CSR subsidies for the remainder of 2017 as between $7 and $11 million. This will cause immediate damage to Oregon's insurance marketplace for which DCBS has no remedy.

5.  Although certain consumers receive premium tax credits that can help them meet the burden of the premium increase beginning in 2018, not all consumers are eligible for these credits. In particular consumers with incomes of 400 percent or more of the federal poverty level will be ineligible for these tax credits. It is likely that some of these consumers will simply do without health insurance, raising Oregon's costs for uninsured health care, for example from emergency room visits and preventable illnesses.

6.      My office has to devote significant resources in manpower and funding to our response to the Executive Order ending CSR subsidies--manpower and funding we would that would otherwise have employed in protecting Oregon's consumers and the integrity of Oregon's insurance market.

**I declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED on October 17, 2017.

_____
TK KEEN