**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO/OAKLAND DIVISION**

| | |
|---|---|
| THE STATE OF CALIFORNIA; THE STATE OF CONNECTICUT; THE STATE OF DELAWARE; THE DISTRICT OF COLUMBIA; THE STATE OF ILLINOIS; THE STATE OF IOWA; THE COMMONWEALTH OF KENTUCKY; THE STATE OF MARYLAND; THE COMMONWEALTH OF MASSACHUSETTS; THE STATE OF MINNESOTA; THE STATE OF NEW MEXICO; THE STATE OF NEW YORK; THE STATE OF NORTH CAROLINA; THE STATE OF OREGON; THE COMMONWEALTH OF PENNSYLVANIA; THE STATE OF RHODE ISLAND; THE STATE OF VERMONT; THE COMMONWEALTH OF VIRGINIA; and THE STATE OF WASHINGTON, | NO. 4:17-cv-05895 <br><br> DECLARATION OF PAM MACEWAN |

Plaintiffs,

v.

DONALD J. TRUMP, President of the United States; ERIC D. HARGAN, Acting Secretary of the United States Department of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; STEVEN T. MNUCHIN, Secretary of the United States Department of the Treasury; UNITED STATES DEPARTMENT OF THE TREASURY; and DOES 1-20,

Defendants.

DECLARATION OF PAM MACEWAN          1

3:17-cv-05895

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue. Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

I, Pam MacEwan, declare as follows:

1.    I am over the age of 18 years of age, have personal knowledge of all facts and matters herein, and am competent to testify to the matters below.

2.    I am the chief executive officer of the Washington Health Benefit Exchange (WAHBE or the Exchange). I have held this position since 2015, before which I was chief of staff. I have 24 years of experience in the healthcare management.

3.    WAHBE is Washington State's health insurance exchange, or insurance marketplace. WAHBE was established in 2011 under the Patient Protection and Affordable Care Act (ACA) and state legislation, Wash. Rev. Code 43.71. WAHBE is a self-sustaining, public-private partnership governed by an 11-member bipartisan board. WAHBE serves more than 1.7 million Medicaid and commercial insurance customers through its website, www.wahealthplanfinder.org.

4.    I am submitting this declaration in support of the State of Washington's request for declaratory and injunctive relief following the federal Administration's action on October 12, 2017 to terminate cost sharing reduction payments.

5.    The ACA contains provisions designed to make health insurance coverage more affordable.   These include the individual advanced premium tax credits, and cost sharing reduction (CSR) payments made by the federal government to health insurance carriers in the exchange markets. The CSR payments lower the cost-sharing for qualified health plan enrollees under 250 percent of the federal poverty level. The CSR also increases the actuarial value of silver-level qualified health plans offered through the exchanges. The actuarial value refers to the percentage of medical costs covered by carriers.

DECLARATION OF PAM MACEWAN                2

3:17-cv-05895

6. WAHBE enrollment data for 2016 show that nearly 70,000 qualified health plan enrollees received an annual average CSR of $928 per enrollee, worth almost $65 million. Attach. A.

7. As explained below, the uncertainty in 2017 about whether CSR payments will continue to be paid to carriers had a negative impact on Washington consumers, carriers and the sustainability of WAHBE. The Administration's announcement that it will terminate CSR payments effective immediately will directly impact consumer choices during open enrollment, which begins November 1, 2017, and will lead to higher rates, lower enrollment and threaten the sustainability of the Exchange.

8. Washington's average premium increases have been relatively low, 13 percent, for plans offered inside the Exchange last year. When CSR payments cease, carriers cover the loss through premium increases.

9. Exchange plans to be offered in plan-year 2018 have been approved by the Insurance Commissioner and were certified by the WAHBE board on September 25, 2017. Silver plan premiums for 2018 will increase inside the Exchange by an average of 24 percent over 2017 rates assuming that CSR funding continues.

10. Now that federal CSR payments have been terminated, the silver plan premium rates for 2018 will rise even higher. The Washington State Insurance Commissioner has determined that once federal CSR payments to the carriers cease, the silver plan rates in the Exchange may be adjusted to pre-approved, higher rates that take into account the financial impact on carriers. The carriers must still make the CSRs available to enrollees even though the federal government is no longer providing reimbursement. Therefore, without federal CSR

DECLARATION OF PAM MACEWAN                    3

3:17-cv-05895

payments, silver plan rates in the Exchange will rise 9 percent to 27 percent above the CSR-funded rates. This represents a net 30 percent to 52 percent increase above 2017 rates.

11.    Qualified health plan enrollment in Washington State has steadily increased from 140,000 in 2014 to 204,000 in 2017. This positive trend will reverse, however, as plans become unaffordable and consumers drop coverage. Silver plan enrollees eligible for subsidies will see their advance premium tax credit increase which may offset some or all of the premium increase resulting from the elimination of the cost-sharing reduction subsidy. Silver plan enrollees who do not receive advanced premium tax credits will not be shielded in any way from the premium increase. As a result, we expect that more consumers will shift to bronze and gold plans, which have a lower and higher actuarial value, respectively. This forces consumers to choose between either more or less coverage than they desire.

12.    WAHBE has approximately 39,000 enrollees in silver plans who are not subsidized.  The impact on these enrollees is particularly acute. Because the individual market inside the Exchange and outside the Exchange is treated as one risk pool, rates will rise across the risk pool both inside and outside the Exchange. Analysts at the Kaiser Family Foundation expect unsubsidized consumers to drop to cheaper plans, or drop coverage altogether. Also, healthy people will drop coverage, leading to adverse selection. further rate increases, and insurer exits from the market.

13.    The impact on carriers is also substantial.  Carriers in this state had to make business decisions about whether or not to participate in an uncertain 2018 individual health insurance market. For 2018, seven issuers will offer 41 qualified health plan products across the state. There are nine issuers offering 98 qualified health plans in 2017. The loss of carriers in

2018 market reduces competition and consumer choice. Nine Washington counties will have only one issuer on the Exchange in 2018. Earlier concerns about no issuers in Grays Harbor and Klickitat counties were resolved only after intervention by the Office of the Insurance Commissioner.

14.    The termination of CSR payments threatens WAHBE's sustainability. Any loss of enrollees will lower WAHBE's revenues because WAHBE's operations are mostly financed through fees paid by carriers. Federal and state law authorize user fees on carriers that offer plans on the Exchange. 45 C.F.R. §§ 155.160, 156.50; Wash. Rev. Code 43.71.080, 48.14.020(2)(b), 48.14.0201(5)(b). Carriers are taxed two percent on the value of premiums paid, and also charged a flat per-member per-month assessment for enrollees on the Exchange. These premium taxes and assessments are deposited in the state treasurer's health benefit exchange account. Wash. Rev. Code § 43.71.060(2).

15.    For state fiscal year 2017 (July 2016 to June 2017), WAHBE revenues related to qualified health plan premiums and assessments were $31.3 million, and projected revenues for state fiscal year 2018 (July 2018 to June 2019) are $ 34.9 million. A 20 percent reduction in qualified health plan enrollment could decrease state fiscal year 2018 revenues by approximately $7 million, while a 40 percent reduction in enrollment would decrease revenues by $14 million. With premium increases due to the loss of CSRs, and no offset available through a commensurate tax credit increase, non-subsidized enrollees may not continue to purchase health coverage through the Exchange. Therefore, some enrollment decline due to the loss of CSR funding can safely be predicted, even if the exact amount cannot precisely calculated. *Any* decline in enrollment will reduce WAHBE revenue.

DECLARATION OF PAM MACEWAN                    5

3:17-cv-05895

16.    WAHBE administers enrollment in the state Medicaid program through its on-line portal, www.wahealthplanfinder.org. Therefore, the potential effects to Washington's qualified health plan market through the loss of CSR funding, described above, and the ensuing loss of premium tax revenues, may also impact Medicaid financing. Medicaid is a cooperative federal-state program that requires state matching funds to be expended in order to draw down federal funds. In Washington, premium taxes paid by carriers participating in the Exchange are used as state Medicaid match necessary for the receipt of federal Medicaid funds. If premium tax funds are not available as state Medicaid match, state general fund dollars would be needed to replace those funds to support WAHBE's costs for enrolling Medicaid applicants through the shared on-line portal "Washington Healthplanfinder."

17.    Finally, the termination of cost sharing payments has imposed a significant administrative burden on WAHBE. There will be increased operational costs to address technical aspects of loading plan new rates administering an on-line marketplace, and will create confusion for consumers just before open enrollment (which begins on November 1, 2017).

I affirm under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED this _16th_ day of October, 2017, at Olympia, Washington.

PAM MACEWAN
Chief Executive Officer
Washington Health Benefit Exchange

DECLARATION OF PAM MACEWAN          6          ATTORNEY GENERAL OF WASHINGTON
                                                                                800 Fifth Avenue. Suite 2000
3:17-cv-05895                                                                Seattle, WA 98104-3188
                                                                                (206) 464-7744

# Attachment A

# 1 4 4
# WASHINGTON

## Residents Receiving Cost-Sharing Reductions (CSR) through Washington Healthplanfinder in 2016*



### Top 10

KING ............................ 21,817

SNOHOMISH ................. 7,008

PIERCE .......................... 6,422

SPOKANE ....................... 5,337

CLARK ........................... 5,153

WHATCOM .................... 2,895

THURSTON ................... 2,194

KITSAP .......................... 1,943

YAKIMA ......................... 1,828

BENTON ........................ 1,452

TOTAL ........................... 69,582

**Legend:**
- 250 or less (9 counties)
- 250-1,000 (18 counties)
- Over 1,000 (12 counties)

*CSRs are federal subsidies lower out-of-pocket costs for low and middle-income *Washington Healthplanfinder* consumers. Data as of November 2016.

## Total Amount of Cost-Sharing Reductions (CSR) in 2016*



### Top 10

KING .................... $18,548,542

SNOHOMISH ........ $6,572,184

PIERCE .................. $5,996,788

CLARK ................... $4,907,894

SPOKANE ............. $4,249,998

WHATCOM .......... $2,836,735

THURSTON .......... $1,986,608

KITSAP ................. $1,960,760

YAKIMA ................. $1,819,413

SKAGIT ................. $1,397,182

TOTAL ................. $64,192,879

**Legend:**
- $250K or less (9 Counties)
- $250K-$1M (17 Counties)
- $1M+ (13 Counties)

*CSRs are federal subsidies that lower the amount low and middle-income consumers have pay for deductibles, copayments, and coinsurance. Consumers must enroll through *Washington Healthplanfinder* in a Silver plan to get these extra savings. Data as of November 2016.

**Declaration of Pam MacEwan
Attachment A; Page 1 of 1**