PETER F. KILMARTIN
Attorney General of Rhode Island
REBECCA TEDFORD PARTINGTON
Assistant Attorney General, Civil Division Chief
MICHAEL W. FIELD
ASSISTANT ATTORNEY GENERAL
MARIA LENZ
SPECIAL ASSISTANT ATTORNEY GENERAL
 150 South Main Street
 Providence, Rhode Island 02903
 Telephone: (401) 274-4400, ext 2303, 2380, 2225
 E-mail:  rpartington@riag.ri.gov;
 mfield@riag.ri.gov; marialenz@riag.ri.gov
 *Attorneys for Plaintiff the State of Rhode Island*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE STATE OF CALIFORNIA; THE STATE OF CONNECTICUT; THE STATE OF DELAWARE; THE DISTRICT OF COLUMBIA; THE STATE OF ILLINOIS; THE STATE OF IOWA; THE COMMONWEALTH OF KENTUCKY; THE STATE OF MARYLAND; THE COMMONWEALTH OF MASSACHUSETTS; THE STATE OF MINNESOTA; THE STATE OF NEW MEXICO; THE STATE OF NEW YORK; THE STATE OF NORTH CAROLINA; THE STATE OF OREGON; THE COMMONWEALTH OF PENNSYLVANIA; THE STATE OF RHODE ISLAND; THE STATE OF VERMONT; THE COMMONWEALTH OF VIRGINIA; and THE STATE OF WASHINGTON,**<br><br>                              Plaintiffs, | Case No. 4:17-cv-05895-KAW<br><br>**DECLARATION OF EMILY MARANJIAN, LEGAL COUNSEL, OFFICE OF THE HEALTH INSURANCE COMMISSIONER FOR THE STATE OF RHODE ISLAND, ISO PLAINTIFFS' APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE** |

1

v.

DONALD J. TRUMP, President of the United States; ERIC D. HARGAN, Acting Secretary of the United States Department of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; STEVEN T. MNUCHIN, Secretary of the United States Department of the Treasury; UNITED STATES DEPARTMENT OF THE TREASURY; and DOES 1-20,

Defendants.

## DECLARATION OF EMILY MARANJIAN

1. I am over 18 years of age and competent to testify herein.
2. I am Legal Counsel for the Office of the Health Insurance Commissioner for the State of Rhode Island (OHIC).
3. The Office of the Health Insurance Commissioner is charged with, among other responsibilities, reviewing, modifying and approving health insurance rates in the individual market.
4. I submit this DECLARATION to convey, to the best of my knowledge, some of the impact of the federal government's decision to stop making Cost Sharing Reduction payments (known as CSR payments) effective October 13, 2017, on Rhode Island.
5. The failure of the federal government to make the CSR payments for the remainder of the 2017 calendar year will have an adverse fiscal impact on the necessary reserves of Rhode Island's not-for-profit health insurance carriers who provide plans on Rhode Island's health insurance exchange because, by law, the not-for-profit health insurance carriers will be required to continue providing their 2017 plan year benefits to members while simultaneously being locked into charging actuarially insufficient premiums for these plans.
6. The federal government's decision to immediately cease making the CSR payments will also have an adverse impact on Rhode Island's health insurance landscape for the 2018 plan year.
7. In August of 2017, the Health Insurance Commissioner for the State of Rhode Island (Commissioner) approved 2018 Plan Year rates in the individual market for our two not-for-profit health insurance carriers based on the assumption that the federal government would continue to fund the CSR payments throughout 2018.
8. However, in light of the continuing and significant uncertainty with regard to the federal government funding CSR payments, as well as other related factors, OHIC took a number of steps throughout the 2017 rate review process to assess market impact and develop contingency plans should CSRs be rescinded.
9. These steps included OHIC, on August 23, 2017, issuing 2018 contingency rate filing instructions for the individual market. The filing instructions requested issuers who intended to offer plans in the individual market in 2018 to account for the loss of CSR payments from the federal government by making an adjustment to their previously requested and approved rates.
10. As is apparent from these informational filing submissions, in order to charge actuarially justified rates to appropriately support the fiscal stability of the not-for-profit carriers in the absence of federal CSR payments, each of Rhode Island's carriers who currently offer plans on Rhode Island's exchange would generally need to need to increase the member premiums of their on-exchange silver plans by between 18% and 20%.

2

11. Staff of OHIC is currently recommending that the Commissioner take immediate steps to effectively withdraw her earlier approval of these 2018 plan year rates which assumed the continuation of CSR payments by the federal government and, in their place, approve rates in line with the respective carriers' informational filing submissions.

12. On October 16, 2017, the Commissioner issued a Supplemental Order (attached) with respect to a rate decision issued in In Re: Blue Cross Blue Shield of Rhode Island Rates Filed for 2018 Individual Market Plans. This Order asks the parties to the Rate Hearing "to submit any evidence or information, including actuarial testimony, that addresses the impact of the immediate cessation of CSR subsidies on the approved BCBS Direct Pay Rates for 2018." The Order asks the parties to submit this additional commentary by 5:00pm EST on October 17, 2017.

13. Currently, approximately 17,000 Rhode Islanders receive the benefit of CSRs through their health insurance plans.

I declare under penalty of perjury under the laws of the State of Rhode Island and the United States that the foregoing is true and correct to the best of my knowledge.

Dated this 17th day of October 2017.

*Emily Maranjian*

In Providence, Rhode Island on this 17th day of October 2017, before me personally appeared EMILY MARANJIAN, to me known and known by me to be the person executing the foregoing instrument and she acknowledged said instrument, by her executed, to be his free act and deed.

*Alyssa K.*

Commission Expires: 7/8/2021
I.d # 755535

Declaration of Emily Maranjian, Legal Counsel, Office of the Health Insurance Commissioner, ISO Plaintiffs' Application for a Temporary Restraining Order (4:17-cv-05895-KAW)

**STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS**
**OFFICE OF THE HEALTH INSURANCE COMMISSIONER**
**1511 PONTIAC AVENUE, BLDG. 69-1**
**CRANSTON, RHODE ISLAND 02920**

In Re:  Blue Cross Blue Shield of Rhode Island          )
        Rates Filed for 2018 Individual Market Plans     )          OHIC-2017-1
                                                          )

## <u>SUPPLEMENTAL ORDER</u>

This Supplemental Order is entered in connection with the above-referenced matter.

By way of background, on June 30, 2017, Blue Cross Blue Shield of Rhode Island

("BCBS") submitted its revised Rate Filing that requested the approval of rates for plans offered

to subscribers in the individual or Direct Pay market ("Direct Pay") in the State of Rhode Island.

An evidentiary hearing was conducted on July 20 and 21, 2017 ("Rate Hearing"), in accordance

with R.I. Gen. Laws §§ 27-19-6(b) and 27-20-6(b). Thereafter, on August 10, 2017, I entered a

Decision and Order ("Order") that set forth my Findings of Fact and Conclusions of Law, that

formed the basis for calculating the approved rates for BCBS plans offered to Direct Pay

subscribers for 2018.  BCBS is the direct recipient of federal cost-sharing reduction ("CSR")

subsidies that are made on a monthly basis by the Secretaries of Health and Human Services and

Treasury for certain lower income enrollees, in accordance with the Patient Protection and

Affordable Care Act.  42 U.S.C. § 18071(c)(3)(A).  On October 12, 2017, President Donald J.

Trump announced the immediate cessation of the CSR subsidies.

In order to address this exigent circumstance, and, in accordance with the authority

afforded to my Office under Chapters 19 and 20 of Title 27 of the General Laws of Rhode

Island, I hereby order the parties to the Rate Hearing to submit any evidence or information,

including actuarial testimony, that addresses the impact of the immediate cessation of CSR

subsidies on the approved BCBS Direct Pay rates for 2018.  Any and all such evidence and

information must be filed with this Office no later than 5 p.m. on **Tuesday, October 17, 2017**.

Any submission filed with this Office must also be exchanged at the same time with each of the

other parties to the Rate Hearing.

So ordered this 16th day of October, 2017

_Marie L. Ganim_

Marie L. Ganim, Ph.D.
Commissioner

2