XAVIER BECERRA
Attorney General of California
JULIE WENG-GUTIERREZ
Senior Assistant Attorney General
GREGORY D. BROWN, SBN 219209
NIMROD P. ELIAS, SBN 251634
Deputy Attorneys General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone: (415) 703-5841
  Fax: (415) 703-5480
  E-mail:  Nimrod.Elias@doj.ca.gov
 *Attorneys for Plaintiff the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE STATE OF CALIFORNIA; THE STATE OF CONNECTICUT; THE STATE OF DELAWARE; THE DISTRICT OF COLUMBIA; THE STATE OF ILLINOIS; THE STATE OF IOWA; THE COMMONWEALTH OF KENTUCKY; THE STATE OF MARYLAND; THE COMMONWEALTH OF MASSACHUSETTS; THE STATE OF MINNESOTA; THE STATE OF NEW MEXICO; THE STATE OF NEW YORK; THE STATE OF NORTH CAROLINA; THE STATE OF OREGON; THE COMMONWEALTH OF PENNSYLVANIA; THE STATE OF RHODE ISLAND; THE STATE OF VERMONT; THE COMMONWEALTH OF VIRGINIA; and THE STATE OF WASHINGTON,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**DONALD J. TRUMP, President of the United States; ERIC D. HARGAN, Acting Secretary of the United States Department of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; STEVEN T. MNUCHIN, Secretary of the United States Department of the Treasury; UNITED STATES DEPARTMENT OF THE TREASURY; and DOES 1-20,**<br><br>Defendants. | Case No. 3:17-cv-05895-KAW<br><br>**DECLARATION OF ANNE MCLEOD, SENIOR VICE PRESIDENT, CALIFORNIA HOSPITAL ASSOCIATION, ISO PLAINTIFFS' APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE** |

1

I, Anne McLeod, declare:

1.    I am the Senior Vice President, Health Policy and Innovation, with the California Hospital Association (CHA).  I have served at CHA in this, and similar positions, for more than 10 years.  In my role, I provide leadership for developing policy objectives that support the implementation of health care reforms and the transformation of health care in the future.  I have worked on health policy and financing issues in support of former state governor's health care reform efforts, including the implementation of provisions of the Affordable Care Act, such as development and design of health insurance coverage products offered by Covered California, the state's health insurance exchange.

2.    Cost-sharing reductions (CSR's) are subsidies that make health care coverage more affordable for qualifying consumers.  CSR's are used to reduce out-of-pocket costs including copayments, coinsurance, deductibles and out-of-pocket maximums.  Eligible consumers that purchase a silver-level plan will automatically receive these CSR's through an enhanced silver plan.  About 1.4 million Californians purchase their health coverage through Covered California.  Health insurers receive cost-sharing reductions for over half of Covered California's plan enrollees. Covered California, the state's health insurance exchange, established a surcharge to Silver-tier products in the absence of federal CSRs.  The surcharge equals an average increase of 12.4 percent but varies by health plan and ranges from 8 percent to 27 percent.  The surcharge is currently in place for 2018 only.

3.    Consumers that benefit from CSR's are income-eligible individuals or families that rely on hospitals for the care they need when they need it.  In working with hospitals and Covered California, I know that a report of the hospital care provided to enrollees, including those benefiting from CSR's, for a specific period, includes: 65,000 emergency room visits; 5,000 babies delivered; 500 infants being treated in a neonatal intensive care unit; more than 10,000 cancer treatments; 700 joint replacements; 3,800 broken bones fixed; and, nearly 100 transplants performed.

4.    Advanced premium tax credits are federal subsidies that help eligible individuals and families pay for premiums for insurance purchased through Covered California.  To be eligible,

2

household income must be between 100 and 400 percent of the federal poverty level (FPL) for the family size.  The amount of the premium tax credit is based on a sliding scale, with greater credit amounts available to those with lower incomes.  There are more than 1.2 million subsidized Covered California members.  In a statement by Covered California on October 12, 2017, it was reported that 78 percent of consumers who receive federal subsidies will not see a change in what they pay for insurance because their subsidy amount will be greater than or equal to the cost of the surcharge for the loss of CSRs.  However, 22 percent – or 264,000 individuals – will see increases in the form of higher premiums.

5.       Although many Californian's purchasing health care coverage through Covered California will be protected from increasing premiums in 2018, the announcement made by the federal government to end CSRs will likely cause confusion and concern.  Having to rely on premium tax credits to offset the surcharge could be risky for many because if the estimate of the advanced premium tax credit is wrong, individuals and families will be forced to repay those amounts.  This becomes difficult to manage when families have varying levels of income throughout the year or their earnings end up exceeding 400 percent of the FPL because of an unanticipated change in income.  The uncertainty may weigh into the decision to pay the higher health insurance premium or drop coverage all together.  In addition, the current surcharge is in place for 2018 only and there is no long-term plan to stabilize the market, which will lead to health plans exiting the Covered California market. The health insurance market will begin to experience confusion, concerns of stability, increasing fears over affordability, and other issues that will have an impact of the number of uninsured individuals.

6.       Increased premiums for lower-income working families will mean that many cannot afford to stay covered under their health insurance plan.  California moved its uninsured rate down to a low of 9 percent down from 17 percent.  Families that drop their coverage will become uninsured, driving up the state's uninsured rate and the overall cost of providing care to all Californians.  Having health care coverage helps individuals get the appropriate care when needed, including preventive services and primary care.  Getting the proper level of treatment in a timely manner helps reduce health care costs for everyone.  If coverage is dropped, payments to

3

providers like hospitals and physicians will decline. When that happens, services also decline or may become unavailable – and that will impact all Californians. Further, when kids and families receive necessary preventive care they have better attendance in school and their parents are better able to work.

7. California hospitals have worked hard to reduce costs through delivery system reform, care coordination and clinical efficiencies. These innovations mean patients often recover quicker and can return to work and home sooner. Lower utilization results in lower costs. When individuals and families don't have health care coverage, they also lose access to care. Providers don't get paid to treat uninsured individuals. When patients can't be seen by a primary care doctor, they often turn to hospital emergency rooms as a last resort. As a result of the discontinuance of the CSRs, hundreds of thousands of Californians may drop their health insurance coverage. More uninsured individuals will seek care in hospital emergency rooms – the most expensive place to be treated. Preserving emergency rooms for those truly needing emergency care ensures life-saving treatment is there when needed for everyone.

8. Caring for patients in the appropriate setting can lower costs and improve patient well-being. Sometimes the hospital is not the appropriate level of care for patients. But when a patient is uninsured, other providers such as nursing home, rehabilitative services or other post-acute care settings are not willing to accept hospital patients unless there is a form of payment guaranteed. This means the uninsured can stay in the hospital longer than what is needed, increasing costs for the entire health care system. Patients recover quicker when they receive timely and appropriate care in the appropriate setting. And, the proper level of treatment is often less costly.

9. The loss of CSR's will result in an increase in the number of Californians without health care coverage. Higher uninsured rates increase the cost of health care for all Californians. Uninsured individuals and families are often forced to seek care in the most expensive or inappropriate settings. Higher uncompensated costs will result in a loss of access and services for every Californian.

4

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed on October 17, 2017, in Sacramento, California.

Dated:  October 17, 2017

_____

Anne McLeod

Declaration of A. McLeod ISO Plaintiff's ISO Application for a Temporary Restraining Order
(3:17-cv-05895-KAW)