XAVIER BECERRA
Attorney General of California
JULIE WENG-GUTIERREZ
Senior Assistant Attorney General
GREGORY D. BROWN, SBN 219209
NIMROD P. ELIAS, SBN 251634
Deputy Attorneys General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5841
  Fax: (415) 703-5480
  E-mail: Nimrod.Elias@doj.ca.gov
*Attorneys for Plaintiff the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE STATE OF CALIFORNIA; THE STATE OF CONNECTICUT; THE STATE OF DELAWARE; THE DISTRICT OF COLUMBIA; THE STATE OF ILLINOIS; THE STATE OF IOWA; THE COMMONWEALTH OF KENTUCKY; THE STATE OF MARYLAND; THE COMMONWEALTH OF MASSACHUSETTS; THE STATE OF MINNESOTA; THE STATE OF NEW MEXICO; THE STATE OF NEW YORK; THE STATE OF NORTH CAROLINA; THE STATE OF OREGON; THE COMMONWEALTH OF PENNSYLVANIA; THE STATE OF RHODE ISLAND; THE STATE OF VERMONT; THE COMMONWEALTH OF VIRGINIA; and THE STATE OF WASHINGTON,** | Case No. 4:17-cv-05895-KAW

**DECLARATION OF ALLISON O'TOOLE, CEO, MNSURE, ISO PLAINTIFFS' APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE** |
| Plaintiffs, | |
| v. | |
| **DONALD J. TRUMP, President of the United States; ERIC D. HARGAN, Acting Secretary of the United States Department of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; STEVEN T. MNUCHIN, Secretary of the United States Department of the Treasury; UNITED STATES DEPARTMENT OF THE TREASURY; and DOES 1-20,** | |
| Defendants. | |

1

Declaration of Allison O'Toole, CEO, MNsure, ISO Plaintiffs' Application for a Temporary Restraining Order
(4:17-cv-05895-KAW)

Allison O'Toole declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1.      I make the following declaration based on first hand personal knowledge and am competent to testify to the facts set forth herein.

2.      I am the chief executive officer of MNsure, Minnesota's health insurance marketplace established pursuant to the Patient Protection and Affordable Care Act ("ACA"), 42 U.S.C. §§ 18031, 18041, and Minnesota law, Minnesota Statutes chapter 62V. I have held this position since November 18, 2015. Before that I served as both MNsure's interim CEO and deputy director for external affairs.

3.      MNsure was enacted by the Minnesota legislature in 2013, pursuant to the ACA. MNsure allows Minnesota residents to shop and compare health plans, get free in-person enrollment help, find out if they qualify for tax credits or public health programs, and enroll in a health insurance plan. MNsure is governed by a seven-member board of directors.

4.      As of October 15, 2017, 130,272 Minnesota residents had enrolled in private health plans offered in MNsure's marketplace for coverage in 2017.

5.      The ACA contains provisions designed to make health insurance coverage purchased through state exchanges, like MNsure, more affordable for enrollees. Primarily this is accomplished by the federal government providing advanced premium tax credits to reduce premiums and payments to insurers equal to the value of cost-sharing reductions provided to enrollees in state exchanges like MNsure's marketplace.

6.      Cost-sharing reductions help reduce eligible MNsure enrollees' out-of-pocket costs associated with their private health insurance, such as deductibles, co-payments, and co-insurance. For a MNsure enrollee to be eligible for cost-sharing reductions, he or she must have an income within 201 to 250 percent of the federal poverty guidelines and be enrolled in a MNsure silver-level plan. MNsure enrollees who are members of a federally recognized American Indian tribe may qualify for additional cost-sharing reductions and do not need to enroll in a silver-level plan in order to receive these reductions.

2

7.   Enrollees eligible for cost-sharing reductions automatically receive reduced cost-sharing charges from their insurer, such as lower deductibles or co-payments.   42 U.S.C. § 18071(a)(2).   The ACA then requires the Secretary of Health and Human Services to "make periodic and timely payments to the [insurer] equal to the value of the reductions."   § 18071(c)(3)(A).

8.   MNsure enrollment data shows that in 2016, more than 9,200 enrollees received cost-sharing reductions.  MNsure enrollment data also shows that, as of October 15, 2017, 10,917 Minnesota residents were enrolled in a MNsure private health plan (for coverage in 2017) with cost-sharing reductions.

9.   Minnesota residents will begin enrolling in health insurance coverage through MNsure beginning November 1, 2017, for Plan Year 2018.   The Administration's actions to terminate cost-sharing reduction payments adversely affect Minnesota residents who enroll in an individual market health plan for 2018 through MNsure.  The Administration's announcement that it will cease paying cost-sharing reduction payments to insurers, as well as the timing of the decision, also undermines individual market stability and hinders enrollment.

Dated: October 17, 2017

_Allison O'Toole_
Allison O'Toole, MNsure CEO

3

Declaration of Allison O'Toole, CEO, MNsure, ISO Plaintiffs' Application for a Temporary Restraining Order
(4:17-cv-05895-KAW)