UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE STATE OF CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> DONALD J. TRUMP, President of the United States, et al., <br><br> Defendants. | Case No: C 17-5895 SBA <br><br> **ORDER OF RECUSAL** |

I HEREBY recuse myself in the above entitled matter and request that the case be reassigned pursuant to Section D.2 of the Assignment Plan of this Court. All pending dates are hereby vacated and are to be reset by the newly assigned Judge.

IT IS SO ORDERED.

Dated: 10/18/17

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
Senior United States District Judge