CHAD A. READLER
Acting Assistant Attorney General
JAMES M. BURNHAM
Senior Counsel
U.S. Department of Justice, Civil Division

CHRISTOPHER HALL
Assistant Branch Director
STEVEN A. MYERS
JOSEPH C. DUGAN
Trial Attorneys
Civil Division, Federal Programs Branch
U.S. Department of Justice
P.O. Box 883
Washington, D.C.  20044
Telephone: (202) 514-3259
Facsimile: (202) 616-8470
E-mail: joseph.dugan@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br><br>        Plaintiffs,<br><br>   v.<br><br>DONALD J. TRUMP, President of the United States, *et al.*,<br><br>        Defendants. | No. 4:17-cv-5895<br><br><br>**EMERGENCY REQUEST FOR TELEPHONIC SCHEDULING CONFERENCE** |

        Defendants Donald J. Trump, President of the United States, *et al.* ("Defendants") respectfully submit this emergency request for a telephonic scheduling conference concerning Plaintiffs' Ex Parte Motion for a Temporary Restraining Order, *see* ECF No. 10, at the Court's earliest convenience this Wednesday afternoon.

1

1
2
3
4
5
6
7

Plaintiffs commenced this action by filing a Complaint on Friday, October 13, 2017, the day after Defendants announced their conclusion that no Congressional appropriation is available for cost-sharing reduction payments under the Affordable Care Act.  *See* ECF No. 1.  Five days later, on October 18, 2017, Plaintiffs filed an ex parte motion for a temporary restraining order, seeking the entry of a judicial order by 4:00 p.m. on October 19, 2017, compelling Defendants to spend nearly six hundred million dollars of taxpayer funds that Defendants believe Congress has not appropriated.  *See* ECF No. 10.

8
9
10
11

Defendants have now appeared in this lawsuit and intend to oppose Plaintiffs' motion.  To discuss the timing of Defendants' memorandum in opposition (as well as the timing of any hearing on Plaintiffs' motion and any other necessary procedural matters), Defendants respectfully request that the Court hold a telephonic status conference with the parties at its earliest convenience this Wednesday afternoon.

12
13
14

James M. Burnham, Senior Counsel for the United States Department of Justice, Civil Division, will be principal counsel for Defendants.  Mr. Burnham can be reached by telephone at **(202) 353-2793.**

15
16

October 18, 2017                                        Respectfully submitted,

17
18
19

CHAD A. READLER
Acting Assistant Attorney General
JAMES M. BURNHAM
Senior Counsel
U.S. Department of Justice, Civil Division

20
21

CHRISTOPHER HALL
Assistant Branch Director

22
23
24
25
26

*/s/ Joseph C. Dugan*
STEVEN A. MYERS
JOSEPH C. DUGAN
Trial Attorneys
Civil Division, Federal Programs Branch
U.S. Department of Justice
P.O. Box 883
Washington, D.C.  20044

27
28

2

Telephone: (202) 514-3259
Facsimile: (202) 616-8470
E-mail: joseph.dugan@usdoj.gov

Counsel for Defendants

# [PROPOSED] ORDER

IT IS HEREBY ORDERED that Defendants' Emergency Request for Telephonic Scheduling Conference is GRANTED, and a conference is SET IN for October _____, 2017, at _____.

Dated: _____                    _____

UNITED STATES DISTRICT JUDGE

*California v. Trump*, No. 4:17-cv-05895
Defendants' Emergency Request for Telephonic Scheduling Conference