UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>DONALD J. TRUMP, et al.,<br><br>　　　　　Defendants. | Case No. 17-cv-05895-VC<br><br>**SCHEDULING ORDER**<br>Re: Dkt. No. 10 |

　　　　The federal government is ordered to file a response to the plaintiffs' ex parte motion for a temporary restraining order by Friday, October 20, 2017 at 9:00 a.m. Any reply by the plaintiffs must be filed by Saturday, October 21, 2017 at 10:00 a.m. In their briefs, the parties should address whether the Court should (if it concludes interim relief is warranted) issue a preliminary injunction or a temporary restraining order. *See, e.g.*, *Washington v. Trump*, 847 F.3d 1151, 1158 (9th Cir. 2017).

　　　　Any amicus briefs must be filed by Saturday, October 21, 2017 at 10:00 a.m. to ensure consideration.

　　　　The court will hear the motion on Monday, October 23, 2017 at 2:00 p.m. in Courtroom 4 on the 17th floor.

　　　　**IT IS SO ORDERED.**

Dated: October 18, 2017

_____
VINCE CHHABRIA
United States District Judge