AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| The State of California et al ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 3:17-cv-05895-VC |
| Donald Trump et al ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Oregon.

Date:   10/19/2017

*s/ J. Nicole DeFever*
*Attorney's signature*

J. Nicole DeFever, SBN 191525
*Printed name and bar number*
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201

*Address*

nicole.defever@doj.state.or.us
*E-mail address*

(971) 673-1880
*Telephone number*

(971) 673-5000
*FAX number*