UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, ET AL.,<br><br>    Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP,<br><br>    Defendant. | Case No. 17-cv-05895-VC |

## NOTICE OF REQUEST FOR VIDEO RECORDING

The parties in this case are hereby notified that a request has been made to video record the following proceeding in this case pursuant to General Order 65, as part of the Cameras in the Courtroom Pilot Project. Further information may be found at cand.uscourts.gov/cameras.

Proceeding: Plaintiffs' Motion for Temporary Restraining Order

Date of scheduled proceeding: 10/23/2017

Consent to video recording will be presumed unless a party completes the Objection to Request for Video Recording form available at cand.uscourts.gov/cameras by Friday, October 20, 2017.

Dated: October 19, 2017                                                 Susan Y. Soong, Clerk of Court

*Susan Y. Soong*
_____
Signature of Clerk or Deputy Clerk