AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| The State of California et al | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 3:17-cv-05895-VC |
| Donald Trump et al | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Oregon.

Date: 10/20/2017

s/ Henry Kantor
*Attorney's signature*

Henry Kantor
*Printed name and bar number*

Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
*Address*

henry.kantor@doj.state.or.us
*E-mail address*

(971) 673-1880
*Telephone number*

(971) 673-5000
*FAX number*

Print   Save As...   Reset