UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br><br>          Plaintiffs,<br><br>   v.<br><br>DONALD J. TRUMP, et al.,<br><br>          Defendants. | Case No. 17-cv-05895-VC<br><br>**NOTICE OF TIME CHANGE** |

      The hearing on the plaintiffs' motion for a temporary restraining order will take place at 1:00 p.m., rather than 2:00 p.m., on Monday, October 23, 2017.  The hearing will occur in Courtroom 8 on the 19th floor.

      **IT IS SO ORDERED.**

Dated: October 20, 2017

                                                        VINCE CHHABRIA<br>                                                        United States District Judge