THOMAS G. HUNGAR, *General Counsel* (D.C. Bar # 447783)
TODD B. TATELMAN, *Associate General Counsel* (VA Bar # 66008)
ELENI M. ROUMEL, *Assistant General Counsel* (NY Bar # 3978863)
   OFFICE OF GENERAL COUNSEL[*]
   U.S. HOUSE OF REPRESENTATIVES
   219 Cannon House Office Building
   Washington, D.C.  20515
   Telephone: (202) 225-9700
   Fax: (202) 226-1360
   E-mail: Todd.Tatelman@mail.house.gov
*Counsel for Amicus Curiae the U.S. House of Representatives*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| THE STATE OF CALIFORNIA, et al., | 3:17-cv-05895-VC |
| Plaintiffs, | **NOTICE OF APPEARANCE** |
| v. | |
| DONALD J. TRUMP, President of the United States, et al., | |
| Defendants. | |

    I, Todd B. Tatelman, pursuant to 2 U.S.C. § 5571(a), hereby enter my appearance as counsel for amicus curiae the United States House of Representatives in the above-captioned case.  Please send all future notices in this matter to me.

---

[*] Attorneys in the U.S. House of Representatives Office of General Counsel are "entitled, for the purpose of performing the counsel's functions, to enter an appearance in any proceeding before any court of the United States or of any State or political subdivision thereof without compliance with any requirements for admission to practice before such court." 2 U.S.C. § 5571(a).

NOTICE OF APPEARANCE FOR AMICUS CURIAE THE U.S. HOUSE OF REPRESENTATIVES, 3:17-cv-05895-VC

Respectfully submitted,

*/s/ Todd B. Tatelman*
TODD B. TATELMAN, *Associate General Counsel*

OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
219 Cannon House Office Building
Washington, D.C.  20515
Telephone: (202) 225-9700
Fax: (202) 226-1360

October 24, 2017

NOTICE OF APPEARANCE FOR AMICUS CURIAE THE U.S. HOUSE OF REPRESENTATIVES, 3:17-cv-05895-VC

**CERTIFICATE OF SERVICE**

I certify that on October 24, 2017, I filed the foregoing Notice of Appearance via CM/ECF system for the United States District Court for the Northern District of California.

*/s/ Todd B. Tatelman*
Todd B. Tatelman