AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| The State of California, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:17-cv-05895 |
| Donald J. Trump, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the State of Illinois. (Admitted per last paragraph of order of the court of October 19, 2017 in this case)   .

Date:   10/24/2017

/s/ Matthew V. Chimienti
*Attorney's signature*

Matthew V. Chimienti, Bar No: 6312531
*Printed name and bar number*

Office of the Illinois Attorney General
100 W. Randolph St., 11th Floor
Chicago, IL 60601
*Address*

mchimienti@atg.state.il.us
*E-mail address*

(312) 814-8570
*Telephone number*

*FAX number*