1  XAVIER BECERRA
   Attorney General of California
2  JULIE WENG-GUTIERREZ
   Senior Assistant Attorney General
3  GREGORY D. BROWN, SBN 219209
   NIMROD P. ELIAS, SBN 251634
4  Deputy Attorneys General
     455 Golden Gate Avenue, Suite 11000
5    San Francisco, CA  94102-7004
     Telephone:  (415) 703-5841
6    Fax:  (415) 703-5480
     E-mail:  Nimrod.Elias@doj.ca.gov
7  *Attorneys for Plaintiff the State of California*
   *[Additional Counsel Listed on Signature Pages]*
8

9                 IN THE UNITED STATES DISTRICT COURT

10              FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12

13  **THE STATE OF CALIFORNIA, et al.,**      3:17-cv-05895-VC

14                              Plaintiffs,   **JOINT STIPULATION AND
                                              [PROPOSED] ORDER AMENDING
15          v.                                BRIEFING SCHEDULE AND
                                              CONTINUING HEARING ON PARTIES'
16                                            DISPOSITIVE CROSS-MOTIONS**

    **DONALD J. TRUMP, President of the
17  United States, et al.,**

                                Defendants.
18

19

20          Pursuant to Civil Local Rules 6-1, 6-2, and 7-12, the parties hereby jointly stipulate to the

21  following request for an order continuing the briefing schedule and hearing date on the parties'

22  dispositive cross-motions:

23          At the Case Management Conference on November 21, 2017, the Court set the following

24  briefing schedule:

25              Plaintiffs' brief #1: 1/16/2018 (30 pages)

26              Amicus brief in support of plaintiffs or for neither plaintiffs nor defendants:
                1/23/2018 (15 pages)
27
                Defendants' brief #1: 2/8/2018 (30 pages)
28

                                          1

1    Amicus brief in support of defendants: 2/15/2018 (15 pages)

2    Plaintiffs' brief #2: 2/22/2018 (25 pages)

3    Defendants' brief #2: 3/8/2018 (20 pages)

4    Motion Hearing set for 3/21/2018 10:00 AM in Courtroom 4, 17th Floor,
     San Francisco before Judge Vince Chhabria.

5

6         The parties hereby stipulate to, and request that the Court order, the following amended

7    briefing schedule:

8    Plaintiffs' brief #1: 4/20/2018 (30 pages)

9    Amicus brief in support of plaintiffs or for neither plaintiffs nor defendants:
     4/27/2018 (15 pages)

10
     Defendants' brief #1: 5/15/2018 (30 pages)
11
     Amicus brief in support of defendants: 5/22/2018 (15 pages)
12
     Plaintiffs' brief #2: 6/5/2018 (25 pages)
13
     Defendants' brief #2: 6/26/2018 (20 pages)
14
     Motion Hearing set for 7/12/2018 10:00 AM in Courtroom 4, 17th Floor,
15   San Francisco before Judge Vince Chhabria.

16        Good cause exists for the parties' joint request to amend the briefing schedule and continue

17   the hearing date.  First, the parties believe that it would be preferable to wait until the district

18   court issues an indicative ruling in the *House v. Hargan* lawsuit, *see* No. 1:14-cv-01967-RMC

19   (D.D.C.), so as to ensure that the parties are efficiently utilizing the Court's resources. Second,

20   the parties believe that it is appropriate to allow additional time for Congress to consider potential

21   legislation relevant to this case.

22

23

24

25

26

27

28

Stip & Proposed Order Amending Briefing Schedule & Continuing Hearing on Cross-Motions  (3:17-cv-05895-VC)

1    Dated:  January 5, 2018                    Respectfully submitted,

2                                               XAVIER BECERRA
                                                Attorney General of California
3                                               JULIE WENG-GUTIERREZ
                                                Senior Assistant Attorney General
4

5                                               */s/ Nimrod P. Elias*

6                                               GREGORY D. BROWN
                                                NIMROD P. ELIAS
7                                               Deputy Attorneys General
                                                *Attorneys for Plaintiff the State of California*
8
                                                GEORGE JEPSEN
9                                               Attorney General of Connecticut
                                                JOSEPH R. RUBIN
10                                              Associate Attorney General
                                                ROBERT W. CLARK
11                                              Special Counsel to the Attorney General
                                                *Attorneys for Plaintiff the State of*
12                                              *Connecticut*

13                                              MATTHEW P. DENN
                                                Attorney General of Delaware
14                                              AARON R. GOLDSTEIN
                                                State Solicitor
15                                              SARAH FISHMAN GONCHER
                                                JOHN H. TAYLOR
16                                              Deputy Attorneys General
                                                *Attorneys for Plaintiff the State of Delaware*
17
                                                KARL A. RACINE
18                                              Attorney General for the District of
                                                Columbia
19                                              ROBYN R. BENDER
                                                Deputy Attorney General
20                                              *Attorneys for Plaintiff the District of*
                                                *Columbia*
21
                                                LISA MADIGAN
22                                              Attorney General of Illinois
                                                DAVID F. BUYSSE
23                                              Deputy Chief, Public Interest Division
                                                *Attorneys for Plaintiff the State of Illinois*
24
                                                THOMAS J. MILLER
25                                              Attorney General of Iowa
                                                NATHAN BLAKE
26                                              Deputy Attorney General
                                                *Attorneys for Plaintiff the State of Iowa*
27

28

ANDY BESHEAR
Attorney General
Commonwealth of Kentucky
LA TASHA BUCKNER
Executive Director
Office of Civil and Environmental Law
S. TRAVIS MAYO
TAYLOR PAYNE
Assistant Attorneys General
*Attorneys for Plaintiff the Commonwealth of*
*Kentucky*

BRIAN E. FROSH
Attorney General of Maryland
STEVEN M. SULLIVAN
Solicitor General
*Attorneys for Plaintiff the State of Maryland*

MAURA HEALEY
Attorney General of Massachusetts
ERIC GOLD
Assistant Attorney General
*Attorneys for Plaintiff the Commonwealth of*
*Massachusetts*

LORI SWANSON
Attorney General of Minnesota
ALAN GILBERT
Solicitor General
JASON PLEGGENKUHLE
KATHERINE KELLY
Assistant Attorneys General
*Attorneys for Plaintiff the State of Minnesota*

HECTOR H. BALDERAS
Attorney General of New Mexico
TANIA MAESTAS
Chief Deputy Attorney General
*Attorneys for Plaintiff the State of New*
*Mexico*

ERIC T. SCHNEIDERMAN
Attorney General of New York
BARBARA D. UNDERWOOD
Solicitor General
STEVEN C. WU
Deputy Solicitor General
HOWARD MASTER
Senior Enforcement Counsel
LISA LANDAU
Bureau Chief, Health Care Bureau
ERIC HAREN
Special Counsel and Senior Advisor
*Attorneys for Plaintiff the State of New York*

Stip & Proposed Order Amending Briefing Schedule & Continuing Hearing on Cross-Motions  (3:17-cv-05895-VC)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOSHUA H. STEIN
Attorney General of North Carolina
RYAN Y. PARK
Deputy Solicitor General
SRIPRIYA NARASIMHAN
Deputy General Counsel
*Attorneys for Plaintiff the State of North
Carolina*

ELLEN F. ROSENBLUM
Attorney General of Oregon
HENRY KANTOR
Special Counsel to the Attorney General
J. NICOLE DeFEVER
Assistant Attorney General
*Attorneys for Plaintiff the State of Oregon*

JOSH SHAPIRO
Attorney General of Pennsylvania
JONATHAN SCOTT GOLDMAN
Executive Deputy Attorney General
MICHAEL J. FISCHER
Chief Deputy Attorney General
PATRICK M. GREENE
Deputy Attorney General
*Attorneys for Plaintiff the Commonwealth of
Pennsylvania*

PETER KILMARTIN
Attorney General of the State of Rhode
Island
REBECCA TEDFORD PARTINGTON
Chief, Civil Division
MARIA R. LENZ
Special Assistant Attorney General
MICHAEL W. FIELD
Assistant Attorney General
*Attorneys for Plaintiff the State of Rhode
Island*

THOMAS J. DONOVAN, JR.
Attorney General of Vermont
BENJAMIN D. BATTLES
Solicitor General
*Attorneys for Plaintiff the State of Vermont*

MARK R. HERRING
Attorney General of Virginia
MATTHEW R. MCGUIRE
Acting Deputy Solicitor General
*Attorneys for Plaintiff the Commonwealth of
Virginia*

5

ROBERT W. FERGUSON
Attorney General of Washington
JEFFREY T. SPRUNG
RENE D. TOMISSER
Assistant Attorneys General
*Attorneys for Plaintiff the State of*
*Washington*

CHAD A. READLER
Acting Assistant Attorney General
JAMES M. BURNHAM (Ill. Bar No.
6304648)
Senior Counsel
Civil Division, U.S. Department of Justice

CHRISTOPHER HALL
Assistant Branch Director

*/s/ Steven A. Myers*
STEVEN A. MYERS
JOSEPH C. DUGAN
Trial Attorneys
Civil Division, Federal Programs Branch
U.S. Department of Justice

*Counsel for Defendants*

## LOCAL RULE 5-1(i) ATTESTATION

I attest that I have obtained Nimrod P. Elias's and Steven A. Myers's concurrence in the filing of this document.

*/s/ Gregory D. Brown*
GREGORY D. BROWN

6

1

**[PROPOSED] ORDER**

2  Pursuant to the parties' stipulation, the Court hereby orders that the schedule for the parties'

3 dispositive cross-motions is amended as follows:

4     Plaintiffs' brief #1: 4/20/2018 (30 pages)

5     Amicus brief in support of plaintiffs or for neither plaintiffs nor defendants:
      4/27/2018 (15 pages)

6

     Defendants' brief #1: 5/15/2018 (30 pages)

7

     Amicus brief in support of defendants: 5/22/2018 (15 pages)

8

     Plaintiffs' brief #2: 6/5/2018 (25 pages)

9

     Defendants' brief #2: 6/26/2018 (20 pages)

10

     Motion Hearing set for 7/12/2018 10:00 a.m. in Courtroom 4, 17th Floor,
11     San Francisco before Judge Vince Chhabria.

12

13  PURSUANT TO STIPULATION, IT IS SO ORDERED.

14

15  Dated: _____    _____

16             Hon. Vincent Chhabria
              United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

1   XAVIER BECERRA
    Attorney General of California
2   SUSAN M. CARSON
    Supervising Deputy Attorney General
3   NIMROD P. ELIAS
    Deputy Attorney General
4   State Bar No. 251634
      455 Golden Gate Avenue, Suite 11000
5     San Francisco, CA  94102-7004
      Telephone:  (415) 703-5841
6     Fax:  (415) 703-5480
      E-mail:  Nimrod.Elias@doj.ca.gov
7   *Attorneys for Plaintiff the State of California*

8

9                 IN THE UNITED STATES DISTRICT COURT

10              FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12
    **THE STATE OF CALIFORNIA, et al.,**          3:17-cv-05895-VC
13
                                  Plaintiffs,    **DECLARATION OF NIMROD P. ELIAS**
14                                                **ISO JOINT STIPULATION AMENDING**
                   **v.**                         **THE BRIEFING SCHEDULE AND**
15                                                **CONTINUING THE HEARING ON**
                                                  **PARTIES' DISPOSITIVE CROSS-**
16  **DONALD J. TRUMP, President of the**         **MOTIONS**
    **United States, et al.,**
17
                                  Defendants.
18

19

20          I, Nimrod P. Elias, hereby declare as follows:

21          1.      I am a Deputy Attorney General with the California Attorney General's Office, am

22  licensed to practice law by the State of California, and am admitted to the United States District

23  Court for the Northern District of California.  I am an attorney of record in the above-captioned

24  matter.  The parties have agreed to amend the briefing schedule and continue the hearing on the

25  parties' dispositive cross-motions.  The current briefing and hearing schedule, established by the

26  Court in November 2017, is as follows:

27          Plaintiffs' brief #1: 1/16/2018 (30 pages)

28

                                    1
    _____
    Declaration of Nimrod P. Elias ISO Joint Stipulation (3:17-cv-05895-VC)

Amicus brief in support of plaintiffs or for neither plaintiffs nor defendants: 1/23/2018 (15 pages)

Defendants' brief #1: 2/8/2018 (30 pages)

Amicus brief in support of defendants: 2/15/2018 (15 pages)

Plaintiffs' brief #2: 2/22/2018 (25 pages)

Defendants' brief #2: 3/8/2018 (20 pages)

Motion Hearing set for 3/21/2018 10:00 a.m. in Courtroom 4, 17th Floor, San Francisco before Judge Vince Chhabria.

2.     The parties have stipulated to the following amended briefing schedule:

Plaintiffs' brief #1: 4/20/2018 (30 pages)

Amicus brief in support of plaintiffs or for neither plaintiffs nor defendants: 4/27/2018 (15 pages)

Defendants' brief #1: 5/15/2018 (30 pages)

Amicus brief in support of defendants: 5/22/2018 (15 pages)

Plaintiffs' brief #2: 6/5/2018 (25 pages)

Defendants' brief #2: 6/26/2018 (20 pages)

Motion Hearing set for 7/12/2018 10:00 a.m. in Courtroom 4, 17th Floor, San Francisco before Judge Vince Chhabria.

3.     There are a number of reasons for requesting this extension of time for briefing and hearing dispositive motions in this matter.  First, the parties believe that it would be preferable to wait until the district court issues an indicative ruling in the *House v. Hargan* lawsuit, *see* No. 1:14-cv-01967-RMC (D.D.C.), so as to ensure that the parties are efficiently utilizing the Court's resources.  Second, the parties believe that it is appropriate to allow additional time for Congress to consider potential legislation relevant to this case.

I declare under penalty of perjury that to the best of my knowledge, the above is true and correct.  Executed on January 5, 2018 in Berkeley, California.

*/s/ Nimrod P. Elias*

NIMROD P. ELIAS
Deputy Attorney General
*Attorney for Plaintiff the State of California*

2

**LOCAL RULE 5-1(i) ATTESTATION**

I attest that I have obtained Nimrod P. Elias's concurrence in the filing of this document.

*/s/ Gregory D. Brown*
GREGORY D. BROWN