XAVIER BECERRA
Attorney General of California
JULIE WENG-GUTIERREZ
Senior Assistant Attorney General
GREGORY D. BROWN, SBN 219209
NIMROD P. ELIAS, SBN 251634
Deputy Attorneys General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 703-5841
 Fax: (415) 703-5480
 E-mail: Nimrod.Elias@doj.ca.gov
*Attorneys for Plaintiff the State of California*
*[Additional Counsel Listed on Signature Pages]*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE STATE OF CALIFORNIA, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**DONALD J. TRUMP, President of the United States, et al.,**<br><br>Defendants. | 3:17-cv-05895-VC<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER AMENDING BRIEFING SCHEDULE AND CONTINUING HEARING ON PARTIES' DISPOSITIVE CROSS-MOTIONS**<br>AS MODIFIED |

Pursuant to Civil Local Rules 6-1, 6-2, and 7-12, the parties hereby jointly stipulate to the following request for an order continuing the briefing schedule and hearing date on the parties' dispositive cross-motions:

At the Case Management Conference on November 21, 2017, the Court set the following briefing schedule:

> Plaintiffs' brief #1: 1/16/2018 (30 pages)
>
> Amicus brief in support of plaintiffs or for neither plaintiffs nor defendants: 1/23/2018 (15 pages)
>
> Defendants' brief #1: 2/8/2018 (30 pages)

Amicus brief in support of defendants: 2/15/2018 (15 pages)

Plaintiffs' brief #2: 2/22/2018 (25 pages)

Defendants' brief #2: 3/8/2018 (20 pages)

Motion Hearing set for 3/21/2018 10:00 AM in Courtroom 4, 17th Floor, San Francisco before Judge Vince Chhabria.

The parties hereby stipulate to, and request that the Court order, the following amended briefing schedule:

Plaintiffs' brief #1: 4/20/2018 (30 pages)

Amicus brief in support of plaintiffs or for neither plaintiffs nor defendants: 4/27/2018 (15 pages)

Defendants' brief #1: 5/15/2018 (30 pages)

Amicus brief in support of defendants: 5/22/2018 (15 pages)

Plaintiffs' brief #2: 6/5/2018 (25 pages)

Defendants' brief #2: 6/26/2018 (20 pages)

Motion Hearing set for 7/12/2018 10:00 AM in Courtroom 4, 17th Floor, San Francisco before Judge Vince Chhabria.

Good cause exists for the parties' joint request to amend the briefing schedule and continue the hearing date.  First, the parties believe that it would be preferable to wait until the district court issues an indicative ruling in the *House v. Hargan* lawsuit, *see* No. 1:14-cv-01967-RMC (D.D.C.), so as to ensure that the parties are efficiently utilizing the Court's resources. Second, the parties believe that it is appropriate to allow additional time for Congress to consider potential legislation relevant to this case.

| | |
|---|---|
| Dated: January 5, 2018 | Respectfully submitted, |

XAVIER BECERRA
Attorney General of California
JULIE WENG-GUTIERREZ
Senior Assistant Attorney General

*/s/ Nimrod P. Elias*

GREGORY D. BROWN
NIMROD P. ELIAS
Deputy Attorneys General
*Attorneys for Plaintiff the State of California*

GEORGE JEPSEN
Attorney General of Connecticut
JOSEPH R. RUBIN
Associate Attorney General
ROBERT W. CLARK
Special Counsel to the Attorney General
*Attorneys for Plaintiff the State of Connecticut*

MATTHEW P. DENN
Attorney General of Delaware
AARON R. GOLDSTEIN
State Solicitor
SARAH FISHMAN GONCHER
JOHN H. TAYLOR
Deputy Attorneys General
*Attorneys for Plaintiff the State of Delaware*

KARL A. RACINE
Attorney General for the District of Columbia
ROBYN R. BENDER
Deputy Attorney General
*Attorneys for Plaintiff the District of Columbia*

LISA MADIGAN
Attorney General of Illinois
DAVID F. BUYSSE
Deputy Chief, Public Interest Division
*Attorneys for Plaintiff the State of Illinois*

THOMAS J. MILLER
Attorney General of Iowa
NATHAN BLAKE
Deputy Attorney General
*Attorneys for Plaintiff the State of Iowa*

ANDY BESHEAR
Attorney General
Commonwealth of Kentucky
LA TASHA BUCKNER
Executive Director
Office of Civil and Environmental Law
S. TRAVIS MAYO
TAYLOR PAYNE
Assistant Attorneys General
*Attorneys for Plaintiff the Commonwealth of Kentucky*

BRIAN E. FROSH
Attorney General of Maryland
STEVEN M. SULLIVAN
Solicitor General
*Attorneys for Plaintiff the State of Maryland*

MAURA HEALEY
Attorney General of Massachusetts
ERIC GOLD
Assistant Attorney General
*Attorneys for Plaintiff the Commonwealth of Massachusetts*

LORI SWANSON
Attorney General of Minnesota
ALAN GILBERT
Solicitor General
JASON PLEGGENKUHLE
KATHERINE KELLY
Assistant Attorneys General
*Attorneys for Plaintiff the State of Minnesota*

HECTOR H. BALDERAS
Attorney General of New Mexico
TANIA MAESTAS
Chief Deputy Attorney General
*Attorneys for Plaintiff the State of New Mexico*

ERIC T. SCHNEIDERMAN
Attorney General of New York
BARBARA D. UNDERWOOD
Solicitor General
STEVEN C. WU
Deputy Solicitor General
HOWARD MASTER
Senior Enforcement Counsel
LISA LANDAU
Bureau Chief, Health Care Bureau
ERIC HAREN
Special Counsel and Senior Advisor
*Attorneys for Plaintiff the State of New York*

JOSHUA H. STEIN
Attorney General of North Carolina
RYAN Y. PARK
Deputy Solicitor General
SRIPRIYA NARASIMHAN
Deputy General Counsel
*Attorneys for Plaintiff the State of North Carolina*

ELLEN F. ROSENBLUM
Attorney General of Oregon
HENRY KANTOR
Special Counsel to the Attorney General
J. NICOLE DeFEVER
Assistant Attorney General
*Attorneys for Plaintiff the State of Oregon*

JOSH SHAPIRO
Attorney General of Pennsylvania
JONATHAN SCOTT GOLDMAN
Executive Deputy Attorney General
MICHAEL J. FISCHER
Chief Deputy Attorney General
PATRICK M. GREENE
Deputy Attorney General
*Attorneys for Plaintiff the Commonwealth of Pennsylvania*

PETER KILMARTIN
Attorney General of the State of Rhode Island
REBECCA TEDFORD PARTINGTON
Chief, Civil Division
MARIA R. LENZ
Special Assistant Attorney General
MICHAEL W. FIELD
Assistant Attorney General
*Attorneys for Plaintiff the State of Rhode Island*

THOMAS J. DONOVAN, JR.
Attorney General of Vermont
BENJAMIN D. BATTLES
Solicitor General
*Attorneys for Plaintiff the State of Vermont*

MARK R. HERRING
Attorney General of Virginia
MATTHEW R. MCGUIRE
Acting Deputy Solicitor General
*Attorneys for Plaintiff the Commonwealth of Virginia*

|   |   |
|---|---|
| 1 | ROBERT W. FERGUSON |
|   | Attorney General of Washington |
| 2 | JEFFREY T. SPRUNG |
|   | RENE D. TOMISSER |
| 3 | Assistant Attorneys General |
|   | *Attorneys for Plaintiff the State of* |
| 4 | *Washington* |

ROBERT W. FERGUSON
Attorney General of Washington
JEFFREY T. SPRUNG
RENE D. TOMISSER
Assistant Attorneys General
*Attorneys for Plaintiff the State of Washington*

CHAD A. READLER
Acting Assistant Attorney General
JAMES M. BURNHAM (Ill. Bar No. 6304648)
Senior Counsel
Civil Division, U.S. Department of Justice

CHRISTOPHER HALL
Assistant Branch Director

*/s/ Steven A. Myers*
STEVEN A. MYERS
JOSEPH C. DUGAN
Trial Attorneys
Civil Division, Federal Programs Branch
U.S. Department of Justice

*Counsel for Defendants*

## LOCAL RULE 5-1(i) ATTESTATION

I attest that I have obtained Nimrod P. Elias's and Steven A. Myers's concurrence in the filing of this document.

*/s/ Gregory D. Brown*
GREGORY D. BROWN

## [~~PROPOSED~~] ORDER

Pursuant to the parties' stipulation, the Court hereby orders that the schedule for the parties' dispositive cross-motions is amended as follows:

    Plaintiffs' brief #1: 4/20/2018 (30 pages)

    Amicus brief in support of plaintiffs or for neither plaintiffs nor defendants: 4/27/2018 (15 pages)

    Defendants' brief #1: 5/15/2018 (30 pages)

    Amicus brief in support of defendants: 5/22/2018 (15 pages)

    Plaintiffs' brief #2: 6/5/2018 (25 pages)

    Defendants' brief #2: 6/26/2018 (20 pages)

    Motion Hearing set for 7/11/2018 10:00 a.m. in Courtroom 4, 17th Floor, San Francisco before Judge Vince Chhabria.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: January 9, 2018                    _____
                                                                  Hon. Vincent Chhabria
                                                                  United States District Judge