UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>    Defendants. | Case No. 17-cv-05895-VC<br><br>**ORDER GRANTING MOTIONS FOR LEAVE TO FILE AMICUS BRIEFS**<br><br>Re: Dkt. Nos. 44, 47, 50, 51, 53, 54 |

All pending motions for leave to file amicus curiae briefs are granted.

**IT IS SO ORDERED.**

Dated: March 8, 2018

_____
VINCE CHHABRIA
United States District Judge