XAVIER BECERRA
Attorney General of California
JULIE WENG-GUTIERREZ
Senior Assistant Attorney General
KATHLEEN BOERGERS
Supervising Deputy Attorney General
NIMROD P. ELIAS, SBN 251634
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-5841
  Fax:  (415) 703-5480
  E-mail:  Nimrod.Elias@doj.ca.gov
*Attorneys for Plaintiff the State of California*
*[Additional Counsel Listed on Signature Pages]*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE STATE OF CALIFORNIA, et al.,**<br><br>                                               Plaintiffs,<br><br>    v.<br><br>**DONALD J. TRUMP, President of the United States, et al.,**<br><br>                                               Defendants. | 3:17-cv-05895-VC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER AS MODIFIED AMENDING BRIEFING SCHEDULE AND CONTINUING HEARING ON PARTIES' DISPOSITIVE CROSS-MOTIONS** |

Pursuant to Civil Local Rules 6-1, 6-2, and 7-12, the parties hereby jointly stipulate to the following request for an order continuing the briefing schedule and hearing date on the parties' dispositive cross-motions:

On January 9, 2018, the Court set the following briefing schedule:

   Plaintiffs' brief #1: 4/20/2018 (30 pages)

   Amicus brief in support of plaintiffs or for neither plaintiffs or defendants: 4/27/2018 (15 pages)

   Defendants' brief #1: 5/15/2018 (30 pages)

   Amicus brief in support of defendants: 5/22/2018 (15 pages)

    Plaintiffs' brief #2: 6/5/2018 (25 pages)

    Defendants' brief #2: 6/26/2018 (20 pages)

    Motion Hearing set for 7/11/2018 10:00 AM in Courtroom 4, 17th Floor, San Francisco before Judge Vince Chhabria.

 The parties hereby stipulate to, and request that the Court order, the following amended briefing schedule:

    Plaintiffs' brief #1: 7/20/2018 (30 pages)

    Amicus brief in support of plaintiffs or for neither plaintiffs nor defendants: 7/27/2018 (15 pages)

    Defendants' brief #1: 8/21/2018 (30 pages)

    Amicus brief in support of defendants: 8/28/2018 (15 pages)

    Plaintiffs' brief #2: 9/14/2018 (25 pages)

    Defendants' brief #2: 10/5/2018 (20 pages)

    Motion Hearing set for 10/18/2018 10:00 AM in Courtroom 4, 17th Floor, San Francisco before Judge Vince Chhabria.

 As set forth in the attached Declaration of Nimrod P. Elias, good cause exists for the parties' joint request to amend the briefing schedule and continue the hearing date.  The parties believe that it is appropriate for the *House v. Azar* litigation to be resolved before litigation proceeds in this case.  As the parties informed the Court last month, the D.C Circuit ordered the *House v. Azar* parties to file a supplemental brief explaining "what 'exceptional circumstances' justify partial vacatur."  Order, *U.S. House of Reps. v. Azar*, No. 16-5202, Doc. No. 1720517 (D.C. Cir. Mar. 5, 2018).  The *House v. Azar* parties filed their supplemental brief with the D.C. Circuit on April 11, 2018.  The parties here believe that a further extension in this case is warranted to ensure efficient use of the Court's resources and to prevent possible litigation of the merits question in two different courts at the same time.  Therefore, the parties respectfully request that the briefing and hearing schedule be modified as outlined above.

| | |
|---|---|
| Dated:  April 16, 2018 | Respectfully submitted, |
| | XAVIER BECERRA<br>Attorney General of California<br>JULIE WENG-GUTIERREZ<br>Senior Assistant Attorney General |
| | ***/s/ Nimrod P. Elias*** |
| | NIMROD P. ELIAS<br>Deputy Attorney General<br>*Attorneys for Plaintiff the State of California* |
| | GEORGE JEPSEN<br>Attorney General of Connecticut<br>JOSEPH R. RUBIN<br>Associate Attorney General<br>ROBERT W. CLARK<br>Special Counsel to the Attorney General<br>*Attorneys for Plaintiff the State of Connecticut* |
| | MATTHEW P. DENN<br>Attorney General of Delaware<br>AARON R. GOLDSTEIN<br>State Solicitor<br>SARAH FISHMAN GONCHER<br>JOHN H. TAYLOR<br>Deputy Attorneys General<br>*Attorneys for Plaintiff the State of Delaware* |
| | KARL A. RACINE<br>Attorney General for the District of Columbia<br>ROBYN R. BENDER<br>Deputy Attorney General<br>VALERIE M. NANNERY<br>Assistant Attorney General<br>*Attorneys for Plaintiff the District of Columbia* |
| | LISA MADIGAN<br>Attorney General of Illinois<br>DAVID F. BUYSSE<br>Deputy Chief, Public Interest Division<br>*Attorneys for Plaintiff the State of Illinois* |
| | THOMAS J. MILLER<br>Attorney General of Iowa<br>NATHAN BLAKE<br>Deputy Attorney General<br>*Attorneys for Plaintiff the State of Iowa* |

3

| | |
|---|---|
| 1 | ANDY BESHEAR |
| | Attorney General |
| 2 | Commonwealth of Kentucky |
| | LA TASHA BUCKNER |
| 3 | Executive Director |
| | Office of Civil and Environmental Law |
| 4 | S. TRAVIS MAYO |
| | TAYLOR PAYNE |
| 5 | Assistant Attorneys General |
| | *Attorneys for Plaintiff the Commonwealth of* |
| 6 | *Kentucky* |
| 7 | BRIAN E. FROSH |
| | Attorney General of Maryland |
| 8 | STEVEN M. SULLIVAN |
| | Solicitor General |
| 9 | *Attorneys for Plaintiff the State of Maryland* |
| 10 | MAURA HEALEY |
| | Attorney General of Massachusetts |
| 11 | ERIC GOLD |
| | Assistant Attorney General |
| 12 | *Attorneys for Plaintiff the Commonwealth of* |
| | *Massachusetts* |
| 13 | |
| | LORI SWANSON |
| 14 | Attorney General of Minnesota |
| | ALAN GILBERT |
| 15 | Solicitor General |
| | JASON PLEGGENKUHLE |
| 16 | KATHERINE KELLY |
| | Assistant Attorneys General |
| 17 | *Attorneys for Plaintiff the State of Minnesota* |
| 18 | HECTOR H. BALDERAS |
| | Attorney General of New Mexico |
| 19 | TANIA MAESTAS |
| | Chief Deputy Attorney General |
| 20 | *Attorneys for Plaintiff the State of New* |
| | *Mexico* |
| 21 | |
| | ERIC T. SCHNEIDERMAN |
| 22 | Attorney General of New York |
| | BARBARA D. UNDERWOOD |
| 23 | Solicitor General |
| | STEVEN C. WU |
| 24 | Deputy Solicitor General |
| | HOWARD MASTER |
| 25 | Senior Enforcement Counsel |
| | LISA LANDAU |
| 26 | Bureau Chief, Health Care Bureau |
| | ERIC HAREN |
| 27 | Special Counsel and Senior Advisor |
| | *Attorneys for Plaintiff the State of New York* |
| 28 | |

4

JOSHUA H. STEIN
Attorney General of North Carolina
RYAN Y. PARK
Deputy Solicitor General
SRIPRIYA NARASIMHAN
Deputy General Counsel
*Attorneys for Plaintiff the State of North Carolina*

ELLEN F. ROSENBLUM
Attorney General of Oregon
HENRY KANTOR
Special Counsel to the Attorney General
J. NICOLE DeFEVER
Assistant Attorney General
*Attorneys for Plaintiff the State of Oregon*

JOSH SHAPIRO
Attorney General of Pennsylvania
JONATHAN SCOTT GOLDMAN
Executive Deputy Attorney General
MICHAEL J. FISCHER
Chief Deputy Attorney General
PATRICK M. GREENE
Deputy Attorney General
*Attorneys for Plaintiff the Commonwealth of Pennsylvania*

PETER KILMARTIN
Attorney General of the State of Rhode Island
REBECCA TEDFORD PARTINGTON
Chief, Civil Division
MARIA R. LENZ
Special Assistant Attorney General
MICHAEL W. FIELD
Assistant Attorney General
*Attorneys for Plaintiff the State of Rhode Island*

THOMAS J. DONOVAN, JR.
Attorney General of Vermont
BENJAMIN D. BATTLES
Solicitor General
*Attorneys for Plaintiff the State of Vermont*

MARK R. HERRING
Attorney General of Virginia
MATTHEW R. MCGUIRE
Acting Deputy Solicitor General
*Attorneys for Plaintiff the Commonwealth of Virginia*

| | |
|---|---|
| 1 | ROBERT W. FERGUSON |
| | Attorney General of Washington |
| 2 | JEFFREY T. SPRUNG |
| | RENE D. TOMISSER |
| 3 | Assistant Attorneys General |
| | *Attorneys for Plaintiff the State of* |
| 4 | *Washington* |

CHAD A. READLER
Acting Assistant Attorney General
JAMES M. BURNHAM (Ill. Bar No. 6304648)
Senior Counsel
Civil Division, U.S. Department of Justice

CHRISTOPHER HALL
Assistant Branch Director

*/s/ Joseph C. Dugan*
STEVEN A. MYERS
JOSEPH C. DUGAN
Trial Attorneys
Civil Division, Federal Programs Branch
U.S. Department of Justice

*Counsel for Defendants*

**LOCAL RULE 5-1(i) ATTESTATION**

I attest that I have obtained Joseph Dugan's concurrence in the filing of this document.

*/s/ Nimrod P. Elias*

NIMROD P. ELIAS

6

# [PROPOSED] ORDER

Pursuant to the parties' stipulation, the Court hereby orders that the schedule for the parties' dispositive cross-motions is amended as follows:

Plaintiffs' brief #1: 7/20/2018 (30 pages)

Amicus brief in support of plaintiffs or for neither plaintiffs nor defendants: 7/27/2018 (15 pages)

Defendants' brief #1: 8/21/2018 (30 pages)

Amicus brief in support of defendants: 8/28/2018 (15 pages)

Plaintiffs' brief #2: 9/14/2018 (25 pages)

Defendants' brief #2: 10/5/2018 (20 pages)

Motion Hearing set for ~~10/18/2018~~ 10/24/2018 10:00 AM in Courtroom 4, 17th Floor, San Francisco before Judge Vince Chhabria.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April 18, 2018

_____
Hon. Vincent Chhabria
United States District Judge