UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| STATE OF CALIFORNIA, et al., | Case No. 17-cv-05895-VC |
|---|---|
| Plaintiffs, | |
| v. | **ORDER DISMISSING CASE WITHOUT PREJUDICE** |
| DONALD J. TRUMP, et al., | Re: Dkt. No. 102 |
| Defendants. | |

The unopposed request by the plaintiffs to dismiss the case without prejudice is granted. The clerk is directed to close the case. In the event a new lawsuit involving the same or similar issues is filed in this district, any party to the new lawsuit may file an administrative motion to consider whether the newly-filed lawsuit is related to the above-captioned one.

**IT IS SO ORDERED.**

Dated: July 18, 2018

VINCE CHHABRIA
United States District Judge