UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>DONALD J. TRUMP,<br><br>　　　　　Defendant. | Case No. 17-cv-05895-VC<br><br>**ORDER INSTRUCTING PARTY TO REFILE MOTION FOR LEAVE TO FILE AN AMICUS BRIEF**<br><br>Re: Dkt. No. 104 |

It appears that the motion for leave to file an amicus brief, *see* Dkt. No. 104, was filed in the incorrect case. Rather than being filed in *California v. Trump*, Case No. 17-cv-05895-VC, it should have been filed in *California v. Trump*, Case No. 19-cv-0872-HSG. Accordingly, the motion in Case No. 17-cv-05895-VC will be terminated, and the moving party is instructed to refile the motion in the correct case.

**IT IS SO ORDERED.**

Dated: April 2, 2019

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　VINCE CHHABRIA
　　　　　　　　　　　　　　　　　　United States District Judge